ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel: (775) 501-9400
Email: rdotson@dotsonlaw.legal
       jvance@dotsonlaw.legal
Attorneys for Defendant,
Washoe County School District

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINA OLSEN,<br><br>    Plaintiff,<br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Washoe County School District Superintendent TRACI DAVIS; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:<br><br>**PETITION AND NOTICE OF REMOVAL OF COMPLAINT TO UNITED STATES DISTRICT COURT** |

TO:   THE HONORABLE JUDGES OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446(a), Defendant Washoe County School District ("WCSD" or "Defendant") hereby petitions the Court for removal of the action described below from the Second Judicial District Court of the State of Nevada in and for the County of Washoe, to this Court, the United States District Court for the District of Nevada. Removal is based on federal question jurisdiction because a federal question appears on the face of the initial pleading filed by Trina Olsen ("Olsen" or "Plaintiff"). In support of its Notice, Defendant states as follows:

///

## I. INTRODUCTION

This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441. Suit has been brought in this case under 42 U.S.C. § 1983 for the violation of due process rights arising under the Fifth and Fourteenth Amendments to the United States Constitution, in addition to state law claims of due process under the Nevada Constitution and tortious discharge.

## II. PROCESS, PLEADINGS, AND ORDERS RECEIVED BY WASHOE COUNTY SCHOOL DISTRICT

Defendant WCSD was served with a Verified Complaint, Motion for Preliminary Injunction, Amended Verified Complaint, and Summons on October 4, 2019, a copy of which is attached hereto as **Exhibit 1** in accordance with 28 U.S.C. § 1446(a).

## III. THE COURT HAS JURISDICTION UNDER 28 U.S.C. § 1331

As noted above, Plaintiff alleges the violation of 42 U.S.C. § 1983 and federal due process under the Fifth and Fourteenth Amendments to the United States Constitution. Therefore, federal question jurisdiction exists over Plaintiff's claims under 28 U.S.C. § 1331 because the resolution of Plaintiff's claims will require the adjudication of disputed questions of federal law.

Under 28 U.S.C. § 1441, Defendant has a statutory right to remove a case from state court to a United States District Court where that case could have originally been filed in federal court. To the extent the Amended Complaint alleges state statutory, common law, or other non-federal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's claims of violation of federal due process under the United States Constitution and 42 U.S.C. § 1983 and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

Because, as stated above, Plaintiff's Section 1983 and federal due process claims arise under the laws of the United States, removal of this entire case is appropriate under 28 U.S.C. § 1441(a)-(c).

## IV. REMOVAL TO THIS COURT IS PROPER

This action is pending in the Second Judicial District Court of the State of Nevada in Washoe County, Nevada. This Court includes and embraces Washoe County. *See* 28 U.S.C. § 108. This Court is therefore the proper court to which the action should be removed. *See* 28 U.S.C. §1441(a).

Additionally, this Notice of Removal is timely because it was filed within 30 days after receipt of the Summons and Complaint by Defendant. *See* 28 U.S.C. § 1446(b). As demonstrated in **Exhibit 1**, Plaintiff filed a Verified Complaint and Motion for Preliminary Injunction on September 30, 2019 and an Amended Verified Complaint on October 1, 2019. These documents were served on WCSD on October 4, 2019. *Id.* The United States Supreme Court has held that the 30-day removal period for a complaint that is removable on its face cannot be triggered until the defendant has been served with legal process. *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-348. 119 S. Ct. 1322, 1325 (1999). This Notice is filed within 30 days of service and is therefore timely.

Venue is proper in this case pursuant to 28 U.S.C. §1441(a) and 1446(a) because the U.S. District Court for the District of Nevada is the federal judicial district embracing the Second Judicial District Court in Washoe County, Nevada, where Plaintiff's Complaint was filed.

Written notice of the removal will be served on all other parties, and Defendant will timely file a Notice of Removal in the Second Judicial District Court of the State of Nevada in and for the County of Washoe, a true and correct copy of which is attached hereto as **Exhibit 2**. *See* 28 U.S.C. § 1446(d). Defendant reserves the right to amend or supplement this Notice of Removal if necessary.

If any question arises as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

DOTSON LAW
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA 89511

## V. **CONCLUSION**

For the foregoing reasons, Defendant Washoe County School District respectfully requests that this action be removed from the Second Judicial District Court of the State of Nevada in and for the County of Washoe, to the United States District Court for the District of Nevada, that this Court assume jurisdiction of this civil action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal.

### Affirmation Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 1st day of November, 2019.

DOTSON LAW

ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
(775) 501-9400
Attorneys for Defendant,
Washoe County School District

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of DOTSON LAW and that on this date I caused to be served a true and correct copy of the foregoing by:

☒ (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Dotson Law, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☒ By electronic service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following individuals.

☐ (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

☐ (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

☒ Email.

addressed as follows:

Luke A. Busby
Luke Andrew Busby, Ltd.
316 California Ave., # 82
Reno, NV 89509
luke@lukeandrewbusbyltd.com

DATED this ____ day of November, 2019.

_____
L. MORGAN BOGUMIL

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Verified Complaint, Motion for Preliminary Injunction, Amended Verified Complaint, and Summons | 102 |
| 2 | Notice of Removal (State Court) (without exhibits) | 5 |