# EXHIBIT 2

Notice of Removal (State Court) (without exhibits)

# EXHIBIT 2

Notice of Removal (State Court) (without exhibits)

**2580**
ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel: (775) 501-9400
Email: rdotson@dotsonlaw.legal
       jvance@dotsonlaw.legal
Attorneys for Defendant,
Washoe County School District

# IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR THE COUNTY OF WASHOE

TRINA OLSEN,

Plaintiff,

vs.

WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Washoe County School District Superintendent TRACI DAVIS; and DOES 1 through 10, inclusive,

Defendants.

Case No.: CV19-01900

Dept. No.: 1

### NOTICE OF REMOVAL

TO THE HONORALBE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant WASHOE COUNTY SCHOOL DISTRICT ("Defendant" and/or "WCSD") has filed a Notice of Removal of Complaint under 28 U.S.C. § 1441 (Federal Question Jurisdiction) to the United States District Court for the District of Nevada. Attached hereto as **Exhibit 1** is a true and correct copy of the said Notice of Removal of Complaint to United States District Court (without exhibits).

The Second Judicial District Court of the State of Nevada in and for the County of Washoe is hereby requested to proceed no further with this matter unless the case is remanded.

**Affirmation Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 1st day of November, 2019.

DOTSON LAW

_____
ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
(775) 501-9400
Attorneys for Defendant,
Washoe County School District

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of DOTSON LAW and that on this date I caused to be served a true and correct copy of the foregoing by:

☐ (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Dotson Law, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☒ By electronic service by filing the foregoing with the Clerk of Court using the E-Flex system, which will electronically mail the filing to the following individuals.

☐ (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

☐ (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

☒ Email.

addressed as follows:

Luke A. Busby
Luke Andrew Busby, Ltd.
316 California Ave., # 82
Reno, NV 89509
luke@lukeandrewbusbyltd.com

DATED this 1 day of November, 2019.

/s/ L. Morgan Bogumil
L. MORGAN BOGUMIL

3

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Notice of Removal of Complaint to United States District Court | 7 |