Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
TRACI DAVIS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA OLSEN,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Washoe County School District Superintendent TRACI DAVIS; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.   3:19-cv-00665-MMD-WGC<br><br>**JOINDER TO PETITION AND NOTICE OF REMOVAL OF COMPLAINT TO UNITED STATES DISTRICT COURT [ECF NO. 1]** |

COMES NOW Defendant, TRACI DAVIS, by and through her attorneys of record,

Thorndal Armstrong Delk Balkenbush & Eisinger, and pursuant to 28 U.S.C. 1446(b)(2)(A),

hereby joins in the Petition and Notice of Removal of Complaint to United States District Court

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1 | filed by the Washoe County School District on November 1, 2019 [ECF No. 1].

2 |     DATED this 4th day of November, 2019.

                                                   THORNDAL ARMSTRONG
                                                    DELK BALKENBUSH & EISINGER

                                                   By: */ s / Katherine F. Parks*
                                                          Katherine F. Parks, Esq. - State Bar No. 6227
                                                          6590 S. McCarran Blvd., Suite B
                                                          Reno, Nevada 89509
                                                          (775) 786-2882
                                                          kfp@thorndal.com
                                                          Attorneys for Defendant
                                                          Traci Davis

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **JOINDER TO PETITION AND NOTICE OF REMOVAL OF COMPLAINT TO UNITED STATES DISTRICT COURT [ECF NO. 1]** to be served on all parties to this action by:

\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

✓ United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

\_\_\_\_ personal delivery

\_\_\_\_ facsimile (fax)

\_\_\_\_ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Luke Busby, Esq.**
**Luke Andrew Busby, Ltd.**
**316 California Avenue**
**Reno, Nevada 89509**
*Attorney for Plaintiff*

**Neil Rombardo, Esq.**
**Sara Almo, Esq.**
**Christopher Reich, Esq.**
**Washoe County School District**
**Legal Department**
**425 E. Ninth Street**
**Reno, Nevada 89512**
*Attorneys for Washoe County School District*

DATED this 4th day of November, 2019.

/ s / Sam Baker
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER