ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel:  (775) 501-9400
Email:  rdotson@dotsonlaw.legal
           jvance@dotsonlaw.legal
Attorneys for Defendant,
Washoe County School District

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINA OLSEN,<br><br>              Plaintiff,<br>     vs.<br><br>WASHOE COUNTY SCHOOL<br>DISTRICT, a political subdivision of the<br>State of Nevada; Washoe County School<br>District Superintendent TRACI DAVIS;<br>and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.:  3:19-cv-00665-MMD-WGC<br><br>**STIPLUATION AND ORDER TO**<br>**CONTINUE DISCOVERY**<br>**DEADLINES**<br><br>(FIRST REQUEST) |

Plaintiff TRINA OLSEN, Defendant WASHOE COUNTY SCHOOL DISTRICT, and Defendant TRACI DAVIS hereby stipulate and agree as follows:

In light of the societal adjustments caused by COVID-19, the Washoe County School District's physical office has closed.  Although administrators and staff continue to work remotely, they are currently focused on implementing a way to continue to educate the WCSD's students remotely and developing appropriate lesson plans for the same.  Consequently, at this moment, WCSD does not have the resources to attend immediately to written discovery requests or make certain individuals available for depositions without distracting significantly from this purpose.  As a result, the parties hereto agree extend the discovery cut-off and associated deadlines by sixty (60) days as follows:

DOTSON LAW
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA  89511

1

1.      Discovery Cut-Off Date:

All discovery shall be completed by Monday, July 13, 2020.

2.      Dispositive Motions:

The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore not later than Wednesday, August 12, 2020.

3.      Pretrial Order:

If no dispositive motions are filed, and unless otherwise ordered by the Court, the Joint Pretrial Order shall be field not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than Friday, September 11, 2020.  In the event dispositive motions are filed, the last day to file the Joint Pretrial Order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

4.      Interim Status Reports:

In accordance with Local Rule 26-3, an Interim Status Report will be filed by the parties with the Court sixty (60) days prior to the discovery cut-off date, and therefore, not later than Thursday, May 14, 2020.

In addition, the parties stipulate that depositions may be taken by video if the noticing party requests.

///
///
///
///
///
///
///
///
///
///
///

DOTSON LAW
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA  89511

2

This stipulation has been brought no later than twenty-one days prior to the discovery cut-off date in accordance with Local Rule 26-4, and is not made for any improper purpose.

IT IS SO STIPULATED.

Dated this 27 th day of March, 2020.

Dated this 27th day of March, 2020.

LUKE ANDREW BUSBY, LTD.

DOTSON LAW

_____
LUKE A. BUSBY, ESQ.
Nevada State Bar No. 10319
316 California Ave., #82
Reno, NV 89509
*Counsel for Plaintiff*

/s/ JUSTIN C. VANCE
_____
ROBERT A. DOTSON, ESQ.
Nevada State Bar No. 5285
JUSTIN C. VANCE, ESQ.
Nevada State Bar No. 11306
5355 Reno Corporate Dr., Suite 100
Reno, NV 89511
*Counsel for Defendant,*
*Washoe County School District*

Dated this 27th day of March, 2020.

THORNDAL, ARMOSTRONG, DELK, BALKENBUSH & EISINGER

/s/ KATHERINE F. PARKS
_____
KATHERINE F. PARKS, ESQ.
Nevada State Bar No. 6227
6950 S. McCarran Blvd., Ste. B
Reno, NV 89509
*Counsel for Defendant, Traci Davis*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____