ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel:  (775) 501-9400
Email:  rdotson@dotsonlaw.legal
        jvance@dotsonlaw.legal
Attorneys for Defendant,
Washoe County School District

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINA OLSEN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Washoe County School District Superintendent TRACI DAVIS; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.:  3:19-cv-00665-MMD-WGC<br><br>**STIPLUATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>(FIRST REQUEST) |

Plaintiff TRINA OLSEN, Defendant WASHOE COUNTY SCHOOL DISTRICT, and Defendant TRACI DAVIS hereby stipulate and agree as follows:

In light of the societal adjustments caused by COVID-19, the Washoe County School District's physical office has closed.  Although administrators and staff continue to work remotely, they are currently focused on implementing a way to continue to educate the WCSD's students remotely and developing appropriate lesson plans for the same.  Consequently, at this moment, WCSD does not have the resources to attend immediately to written discovery requests or make certain individuals available for depositions without distracting significantly from this purpose.  As a result, the parties hereto agree extend the discovery cut-off and associated deadlines by sixty (60) days as follows:

1.      Discovery Cut-Off Date:

All discovery shall be completed by Monday, July 13, 2020.

2.      Dispositive Motions:

The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore not later than Wednesday, August 12, 2020.

3.      Pretrial Order:

If no dispositive motions are filed, and unless otherwise ordered by the Court, the Joint Pretrial Order shall be field not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than Friday, September 11, 2020.  In the event dispositive motions are filed, the last day to file the Joint Pretrial Order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

4.      Interim Status Reports:

Not Applicable.

In addition, the parties stipulate that depositions may be taken by video if the noticing party requests.

///

///

///

///

///

///

///

///

///

///

///

1          This stipulation has been brought no later than twenty-one days prior to the

2    discovery cut-off date in accordance with Local Rule 26-4, and is not made for any

3    improper purpose.

4          IT IS SO STIPULATED.

5    Dated this 27 th day of March, 2020.      Dated this 27th day of March, 2020.

6    LUKE ANDREW BUSBY, LTD.      DOTSON LAW

7    _____      /s/ JUSTIN C. VANCE_____

8    LUKE A. BUSBY, ESQ.      ROBERT A. DOTSON, ESQ.
     Nevada State Bar No. 10319      Nevada State Bar No. 5285

9    316 California Ave., #82      JUSTIN C. VANCE, ESQ.
     Reno, NV  89509      Nevada State Bar No. 11306

10   *Counsel for Plaintiff*      5355 Reno Corporate Dr., Suite 100
     Reno, NV  89511

11         *Counsel for Defendant,*
           *Washoe County School District*

12   Dated this 27th day of March, 2020.

13   THORNDAL,  ARMOSTRONG,  DELK,
     BALKENBUSH & EISINGER

14

15   /s/ KATHERINE F. PARKS_____
     KATHERINE F. PARKS, ESQ.

16   Nevada State Bar No. 6227
     6950 S. McCarran Blvd., Ste. B

17   Reno, NV  89509
     *Counsel for Defendant, Traci Davis*

18

19        **IT IS SO ORDERED.**

20

21   _____
     UNITED STATES  MAGISTRATE  JUDGE

22   DATED:  March 27, 2020_____

23

24

25

26

27

28