**Exhibit 2**

(CONFIDENTIAL) May 6 2017 WilsonTexts_Redacted

FILED UNDER SEAL

**Exhibit 2**