# Exhibit 3

Exhibit 3

**Murdock, David** <DMurdock@washoeschools.net>

Wed, Nov 29, 2017 at 6:23 PM

To: "trinaraeolsen@gmail.com" <trinaraeolsen@gmail.com>

In the Spring of 2017, I was contacted by Trina Olsen, Assistant Principal at Hug HS, about an incident involving a student at her school who was in possession of marijuana.  As a first-year AP, she wanted some advice about how to handle what she felt was a delicate situation related to one of the Deans and another administrator at the school.  We had previously worked together in student services at Galena HS and I was able to tell her what I thought was the best course of action given the circumstances.

**David Murdock**

**Assistant Principal**

**Sparks High School**

775-321-3133