# Exhibit 5

(CONFIDENTIAL) - Wilson Statement_Redacted

FILED UNDER SEAL

# Exhibit 5