# Exhibit 6

# Exhibit 6


Washoe County School District
425 East Ninth Street * P.O. Box 30425 * Reno, NV 89520-3425
Phone (775) 348-0200 * (775) 348-0304 * www.washoeschools.net

Board of Trustees: Angela Taylor, President * Katy Simon Holland, Vice President * Scott Kelley Clerk *
Debra Feemster * Veronica Frenkel* John Mayer * Malena Raymond * Traci Davis, Superintendent

May 17, 2017

**HAND DELIVERED**
Trina Olsen

RE:   Notice of Temporary Reassignment to Traner MS

Dear Ms. Olsen:

Be advised, you are hereby being temporarily reassigned to Traner Middle School effective **Thursday, May 18, 2017**, pending an investigation into allegations of misconduct on your part. This is not disciplinary, but rather this temporary reassignment is for the protection of your rights as well as the rights of students and staff at Hug High School. Be further advised, you must turn over to Principal Lauren Ford all Hug High School property in your possession. If you need to enter Hug HS property for any reason, you must contact me for approval.

You are further directed not to discuss this pending investigation with anyone (including District staff, students and parents) except your WSPA representative.

Contact me with any questions.

Sincerely,



Roger Gonzalez
Area Superintendent

cc:   Dawn Huckaby, Chief Human Resources Officer
      Virginia R. Doran, Labor Relations Manager
      Lauren Ford, Principal, Hug HS
      Zach Lewis, Human Resources Technician



EXHIBIT
1
Davis



OLSEN 000222