# Exhibit 8

Exhibit 8

 Trina Olsen <trinaraeolsen@gmail.com>

# documentation
20 messages

**Olsen, Trina** <TOlsen@washoeschools.net>  Thu, May 25, 2017 at 8:24 AM
To: "trinaraeolsen@gmail.com" <trinaraeolsen@gmail.com>

documentation

---

**From:** Gonzalez, Roger
**Sent:** Tuesday, May 23, 2017 12:38 PM
**To:** Olsen, Trina <TOlsen@washoeschools.net>
**Cc:** Ford, Lauren <LFFord@washoeschools.net>
**Subject:** Re: evaluation narrative correction

Hi Trina,

I would ask that you follow your supervisor's direction and if there are comments or a response you would like to make to your evaluation that you use the MyPGS system as requested.

Roger J. Gonzalez, Ed.D.

Area Superintendent, Area 2



775-348-0261

425 East Ninth Street

Reno, Nevada 89520-3425

---

**From:** "Olsen, Trina" <TOlsen@washoeschools.net>
**Date:** Tuesday, May 23, 2017 at 7:11 AM
**To:** Roger Gonzalez <rgonzalez@washoeschools.net>
**Subject:** Re: evaluation narrative correction

Roger,

In light of the situation I am in, I do not believe changing my evaluation at this time is acceptable or accountable.

I have significant evaluation concerns, which we can discuss at a later date. I felt it was important that you were aware of this change during the investigation.

Trina

**From:** Ford, Lauren
**Sent:** Monday, May 22, 2017 11:59 AM
**To:** Olsen, Trina
**Subject:** evaluation narrative correction

Trina,

As you may recall when we were completing your evaluation there were several comments that you gave me that were included at the end of the evaluation narrative.  Because these comments were generated by you, the narrative section of the evaluation was not the correct place in the evaluation to include them.  I have had the evaluation reopened and have taken them out of the narrative.  They are all listed below:

- Trina works with her special education leadership team <u>weekly</u> to collaborate and develop department goals as a team

· Trina works with her special education department monthly to develop team goals and provide training. She works with the DLs to support them in their development of the agenda and leadership of this team.

· Trina meets with MTSS teams regularly to make progress toward MTSS goals in building a new, sustainable system. As a result, Trina's MTSs teams have made major gains in their 2016-17 credit goals as compared to last year, as noted in an email showing substantial data improvements at HUG to Roger Gonzales and Lauren Ford.

· Trina meets with district MTSS personnel to outline plans and get input on next directions. Meetings include Trish Shaffer and Michelle Hammond.

· Trina regularly uses email to communicate with teachers about School Safety drill goals and provides data feedback. She also regularly asks for input regarding improvement in those emails and then responds to their requests for broken equipment or elements of the drill that need to be addressed. This results in the teachers feeling heard and improves their feelings of safety on campus. (artifacts can be provided).

· Trina has met multiple times with numerous testing groups to promote collaboration and input for test administration that largely impacts teachers, especially in WIDA and EOC. She met with department leaders to go over ideas, communicated on email, and then went personally to every involved department leader to get their input and approval and buy-in. She then communicated with the entire staff on an email dated March 15th asking for entire staff input for final vetting.  She is extremely pro-active

· Trina regularly works with the Art and World Language department and is working with them toward a standard's based gradebook in the final quarter of this school year as a pro-active step to align to school

goals

· Trina maintains a positive relationship with all of her evaluees, including teachers that struggle, because of her accountability in being in their classroom regularly and providing frequent supports

· Trina regularly meets with district personnel to reflect on her leadership and obtain advice in working with departments and struggling teachers

·

o *Trina has a very organized calendar and carefully plans time to accommodate teacher meetings and collaborations.*

o *Trina's organization and proactive communication with staff about upcoming testing events, teacher observations, and large-scale initiatives are always aligned to school goals and support learning goals established by administration*

o *Trina has properly requested and utilized human resources on campus to effectively accomplish goals. She is one of the only assistant principals in the district that oversees testing and does not have a secretary, so she advocated for help.*

o *Trina proactively seeks feedback and support from her principal by emailing and talking to her about next steps in situations where she needs to learn.*

o *Trina has not missed any major deadlines regarding testing or emergency preparedness she is often ahead of the curve and is extremely proactive in planning these important school responsibilities with staff and admin.*

o *Trina worked with aspiring leaders on campus to develop leadership and delegate duties. (school safety, testing, MTSS).*

o *Trina is mentored by veteran APs Tristan McElhany and Brad Bodine through her own advocacy.*

o *Trina is skilled in data analysis and regularly supplies data outcomes of student performance data to administration and to staff at meetings and via email.*

Should you still want these comments on record, you may go to the employee sign off page in MyPGS and paste them into the employee comment section. Or you may also paste them into a word document and upload as an artifact.

Thanks,

Lauren

