# Exhibit 9

# Exhibit 9

# PROCTER R. HUG HIGH SCHOOL
### PRIDE, HONOR, INTEGRITY, LOYALTY

Campus Principal – Ms. Lauren Ford Baxter
Assistant Principal – Ms. Rhonda Clark
Assistant Principal – Mr. Brad Bodine
Assistant Principal – Dr. Trina Olsen
Assistant Principal – Mr. Tristan McElhiney



2880 Sutro Street
Reno, NV 89512
Phone (775) 321-3200

---

May 24, 2017

EMAILED AND US MAIL

Trina Olsen



RE: Notice of Investigatory/Due Process Meeting and Right to Representation

Dear Mrs. Trina Olsen:

You are directed to meet with me for an investigatory/due process meeting on Wednesday, May 31, 2017 at 11:00 am at the District office, 425 East Ninth Street. Please check into the Welcome Center and you will be directed to the meeting. In attendance at the meeting with you and me will be Virginia Doran Labor Relations Manager.

The purpose of this meeting is to discuss the allegations of unprofessional conduct as follows:

> NRS 391.750 a. Inefficiency; c. Unprofessional conduct; d. Insubordination; e. Neglect of duty; i. Inadequate performance; k. Failure to comply with such reasonable requirements as a board may prescribe; l. Failure to show normal improvement and evidence of professional training and growth; p. Dishonesty; t. Gross misconduct; and
>
> Administrative Regulations, 4111.4 Ethical Standards; Administrative Procedure 5504 Grading: Incompletes / Appeals; and Administrative Procedure 5502 Academic Grading Policy High School.

The allegations are regarding incidents that occurred April 7- May 15, 2017, and consist of the following:

- Allegedly you sent an email to Wendy Labon, Patrick Rossi and Patricia Newbrough giving a directive to issue a final and change a grade for the 14-15 school year violating administrative procedure 5504 and 5502.
- Allegedly you gave Sharon Black a notification of credit form to use to change a grade for the 15-16 school year, violating administrative procedure 5504 and 5502.
- Allegedly you failed to get my approval prior to putting in Lorrie Foley's evaluation that you recommended her to be placed on a FAP. After reviewing the narrative you sent me an email on April 8th and I told you that Lorrie could not be placed on an FAP. In an email received on April 20th and in the meeting held on April 27th with Lorrie Foley, Elaine Lancaster, WEA Representative and me you stated that Laura Pincollini gave you guidance and you followed it, to include the FAP.
- You allegedly sent an email, Friday, May 12th to Brad Bodine and Patrick Rossi asking for direction and credit to be issued, on an issue that was discussed in a meeting on May 10th with Elaine Lancaster, Wendy Labon and Brad Bodine where I stated that Brad Bodine would review all A+ courses to ensure all policies were followed. You stated in the meeting on May 10th that you do not know the policy around A+ for AE credits, OLA credits and incomplete learning. You sent an email to Brad Bodine on May 12th about Juan. You stated, "He has access to A+. I don't want Juan in any trouble for not being trained. Can you please work with Juan and Patty in making sure that he gets the info he needs to work with A+? He also needs the policies for incomplete learning (like not contacting teachers about past classes). You sent an email to Brad Bodine and I on May 17th stating that, "Given the questions that are arising about the Incomplete Learning Process that was rolled out by admin in a staff meeting, I do not want to be involved with moving forward with this until our admin team vets the process and provides written guidelines for teacher and A+ teachers. On Friday, March 3, 2017 you presented a PowerPoint explaining this process.
- You allegedly failed to report to me an incident reported to you on May 8th involving a student, staff member and drugs. On May 8th Patrick Rossi reported to you that he was told by Sabrina Cellucci that Jessica Wilson gave drugs back to a student. You stated to Jessica Wilson that you spoke with a trusted mentor/confidant from another school. You did not state this confidant's name. You

---

*A community that challenges us to think, work, and act with excellence and integrity.*

OLSEN - 000053

# PROCTER R. HUG HIGH SCHOOL
### PRIDE, HONOR, INTEGRITY, LOYALTY

Campus Principal – Ms. Lauren Ford Baxter
Assistant Principal – Ms. Rhonda Clark
Assistant Principal – Mr. Brad Bodine
Assistant Principal – Dr. Trina Olsen
Assistant Principal – Mr. Tristan McElhany



2880 Sutro Street
Reno, NV 89512
Phone (775) 321-3200

---

directed Jessica to self-report what she did to me. You did not report this incident to me, school police or any other administer on Hug Campus.

- It is alleged that on May 5th you responded to a student issue. It is alleged that while Mary Caraway was on the phone speaking to the 911 operator you allegedly took the phone out of her hand to speak to the operator.
- It is alleged that you failed to supervise staff under your required supervision as demonstrated by: the list of students that Wendy Labon sent to Rise. Your alleged lack of attendance at Special Education teacher meetings and at Senior Special Education Action Committee (SSAC) meetings. Your alleged cancelation of meetings with the SPED department leaders from February 14th to the end of the school year because of the 3 weeks of testing.

At the meeting, you will have the opportunity to respond to all allegations. You will also be advised at the meeting, on the record, that you will be required to respond to all allegations and that failure to do so may constitute insubordination.

You are hereby further advised not to discuss this meeting or the allegations of potential misconduct with anyone except your WSPA representative. You are further directed not to contact anyone involved with this investigation (directly or indirectly) including employees of the WCSD. Please feel free to contact me with any questions.

Be advised that if the allegations are found to be true, you may face disciplinary action, which can range from a written warning, written reprimand, suspension without pay, letter of admonition, demotion, or termination. Be further advised, that you have the right to have an Association Representative or other representation present with you at the meeting. The District has not reached a conclusion as to what, if any, discipline is appropriate, but will do so only after it receives your response to the allegations.

If legal counsel will represent you, you must inform me no later than Tuesday, May 30, 2017 at 5:00 pm.

Sincerely,

Lauren Ford VRS
Lauren Ford
Principal Hug High School

Attachments: NRS 391.750
WCSD Administrative Regulations 4111.4 Ethical Standards, Administrative Procedure 5504 Grading: Incompletes / Appeals, Administrative Procedure 5502 Academic Grading Policy High School.

cc: Dawn Huckaby, Chief Human Resources Officer
Roger Gonzalez, Area Superintendent
Virginia Doran, Labor Relations Manager

---

*A community that challenges us to think, work, and act with excellence and integrity.*

OLSEN - 000054