# Exhibit 10

# Exhibit 10

9/27/2017                                    Mail - TOlsen@washoeschools.net

## request for meeting

sen, Trina

Thu 5/25/2017 7:42 AM
Sent Items

To:Gonzalez, Roger <RGonzalez@WashoeSchools.net>;

Roger,

I read the WCSD/WSPA's negotiated agreement last night and learned about some timelines that may affect my ability to file a grievance or report an incident.

I know I am responsible for the testing error and I am accountable for that incident. I have been waiting for notification and allegations for this incident, and have not heard anything at this time. There is a lot to be learned from this incident that needs to be discussed.

Due to the timeline in Article 22.1 and the process listed in Article 22.1.4.1, and in order to protect myself and my rights, I'd like to submit a grievance to you against Principal Lauren Ford for violation of contract items and other issues. I will be providing written notice to the chief human resources officer per Article 22.1.4.2.

itionally, I'd like to report an incident on campus involving marijuana that was reported to me within 15 days ago, as well as other significant campus safety concerns.

I believe the findings from this investigation will have an impact on my own pending allegations from my principal that resulted in my temporary placement to another school site. I'd like to request a meeting with you to report these items as soon as possible.

Thank you,

Trina Olsen
Assistant Principal
**Hug High School**

