**Exhibit 11**

(CONFIDENTIAL) May 31 2017 Ford Email to Duran_Redacted

FILED UNDER SEAL

**Exhibit 11**