# Exhibit 12

# Exhibit 12

**Read, Breanne**

| | |
|---|---|
| **From:** | Doran, Virginia |
| **Sent:** | Thursday, June 1, 2017 3:51 PM |
| **To:** | Gonzalez, Roger |
| **Subject:** | RE: Support |

I concur…let's see where this goes.
V

**From:** Gonzalez, Roger
**Sent:** Thursday, June 01, 2017 2:34 PM
**To:** Doran, Virginia <VRDoran@washoeschools.net>
**Subject:** FW: Support

I got this back from her.  I do not want to meet with her at this time.  With regard to the marijuana allegation ( which was actually about suspension not about returning drugs), it seems she is only going to bury herself deeper.  Should I advise her to just use the form?


Roger J. Gonzalez, Ed.D.
Area Superintendent, Area 2



775-348-0261
425 East Ninth Street
Reno, Nevada 89520-3425

**From:** "Olsen, Trina" <TOlsen@washoeschools.net>
**Date:** Thursday, June 1, 2017 at 1:46 PM
**To:** Roger Gonzalez <rgonzalez@washoeschools.net>
**Subject:** Re: Support

Thank you. I have a complaint and will fill out the paperwork.

Is this also where I would report the allegation that I referred to in my email last week involving marijuana? I discussed it in yesterday's meeting, so Virginia Doran is aware of this reference. Trina

**From:** Gonzalez, Roger
**Sent:** Thursday, June 1, 2017 11:13:01 AM
**To:** Olsen, Trina
**Subject:** Re: Support

Trina,
If you have a formal complaint about your supervisor, please use the form

1

WCSD 2968