# Exhibit 14

# Exhibit 14

9/27/2017          Mail - TOlsen@washoeschools.net

## request for meeting



Olsen, Trina
Tue 6/6/2017 1:19 PM
Sent Items

To: Gonzalez, Roger <RGonzalez@WashoeSchools.net>;

Cc: Huckaby, Dawn <DHuckaby@washoeschools.net>; Doran, Virginia <VRDoran@washoeschools.net>;

📎 1 attachments (43 KB)

Grievance Letter 6-4-17.docx;

Mr. Gonzalez,

As mentioned in a previous email, I'd like to request a meeting to grieve about about the work of my principal, Mrs. Lauren Ford.

When are you available to meet so we many discuss these grievances?

Thank you,

Trina Olsen
Assistant Principal
**Hug High School**



