# Exhibit 16

# Exhibit 16

**Washoe County School District**
425 East Ninth Street * P.O. Box 30425 * Reno, NV 89520-3425
Phone (775) 348-0200 * (775) 348-0304 * www.washoeschools.net

Board of Trustees:  Angela Taylor, President * Katy Simon Holland, Vice President * Scott Kelley, Clerk *
Debra Feemster * Veronica Frenkel * John Mayer * Malena Raymond * Traci Davis, Superintendent

LETTER OF ADMONITION
**HAND DELIVERED**

July 19, 2017

Trina Olsen

Dear Mrs. Trina Olsen:

I am providing you this written notice that your performance and conduct constitutes cause for potential disciplinary action under NRS 391.750 a. Inefficiency, c. Unprofessional conduct; d. Insubordination; e. Neglect of duty; i. Inadequate performance; k. Failure to comply with such reasonable requirements as a board may prescribe; o. Willful neglect or failure to observe and carry out the requirements of the title; p. Dishonesty, q. Intentional failure to observe and carry out the requirements of a plan to ensure the security of examinations and assessments adopted pursuant to NRS 390.270 or 390.275; t. Gross misconduct, and

Nevada Testing Primer, Nevada Student Assessments Spring 2017 EOC presentation, February 2017, Email sent on Friday, April 7, 2017 new! NDE test security and administration training for spring 2017, HS Weekly Principal Email April 6, 2017, and to give you an opportunity to correct your performance and conduct.

The specific causes are as follows:

It is alleged you sent an email to all Hug Staff on May 11, 2017 that included secure testing materials, student identifying information. You state in the email, "Please keep this list confidential as you reference it so sensitive information is not seen by our students." After receiving an email from me at 6:21 am stating that I could not open the excel documents, you sent an email stating that, "This document lists every student test, (we have 2400+) and where/when they are testing for each test." During the IDP meeting on June 26, 2017 you stated, "Yes this is true. It slipped my mind I didn't work with those columns. I forgot I had sensitive items in the document, did not occur to me." After further investigation it is confirmed that you sent the email to Hug Staff with secure testing materials included. In addition you were dishonest in your email communication to me on May 11, 2017 when you stated that, "This document lists every student test (we have 2400+) and where/when they are testing for each test." The document included more than the student, and where and when they were testing.

It is alleged that you failed to provide me with requested information from an email sent to you on Wednesday, May 10, 2017.  In the IDP meeting you stated "I sent Lauren a text message that evening



stating I could not get the info to her that night I attended the world language 2 hour event." You also stated, "May 4th I sent an email begging for your help, I was dropping the ball, I didn't get offered support, it didn't get done because I was drowning." You also stated, "She didn't take anything off my plate, she didn't support me."

Further investigation concludes that you did not provide me with the requested information in the email on May 10, 2017. Further investigation also concludes that you did not take support when it was offered to you. You sent an email on May 4, 2017 at 8:18am asking for support at 5:50 PM on May 4, 2017 I gave you guidance on how to handle those items. In addition on Saturday, May 13, 2017, Tristan McElhany was at Hug with you setting up computers to ensure they were ready for testing on Monday.

It is alleged that you were dishonest with me about meeting with the department leaders to vet the testing schedule.  In the IDP meeting you stated, "I met with Keith Roberts and Natalia Calhan on 1-27 and with all department leaders and key people on 3/3 they were all there." You also stated, "Keith Roberts emailed me, I met with the English department May 1st and met with math on a day, I did everything I could to make everyone happy. I met with Geoff Philips many of times. I'm never dishonest, complete false statement, communication is my strong suit." In addition you showed us two calendar invites you sent out, one dated 1/27 and one dated 3/3. After further investigation, nine (9) department leaders stated that there was not a department lead meeting to discuss the testing schedule. Three (3) department leaders and one (1) other staff member indicated attending a meeting where a schedule was shown to them and no input was taken from them. Further investigation concludes that you were dishonest during the IDP meeting and with me about holding a department leader meeting to vet the testing schedule.

It is alleged that on Thursday, May 11, 2017 at 2:00 pm, you sent an email to only staff involved in proctoring the EOC exams explaining that you did not have to show the Test administrator test security NDE spring 2017 video to them in your meeting that they could watch it on their own. It is alleged that you did not verify with staff if they watched the video prior to proctoring the EOC exams on Monday, May 15, 2017.  In the IDP meeting you stated, "That is true I did not verify if they did watch the video. I did the admin training on May 11th informed them about the video, I watched it, I talked about it and used the video to create the EOC training. Nothing says the video is mandatory to watch. I am pretty positive that everything in the video was included in my training, I have the four (4) page document if that is untrue, mistake on my part." At this point in the meeting Sandy Aird showed you an email sent on April 6th and again on April 7th. She showed you that you were sent the email and it states that all proctors must observe the video and sign the verification that they saw the video. Sandy Aird also stated that on May 17th the proctors had not viewed the video and that we had them watch the video and sign the form that day before they proctored. You then stated, "I made a mistake to send by email and go over at the meeting.   Lauren was there and heard me say that I didn't have to show it here it was in their in box." After further investigation, it is evident that you did not show the Test administrator test security NDE spring 2017 video and you did not verify that staff watched the video. At the testing meeting you did state that you did not have to show the video.  Sandy showing you the emails and showing you where the statements were about the video also indicate that you did not thoroughly read the emails you received on April 6th and April 7th. As the testing coordinator for Hug HS it is your responsibility to implement all directives given to you by the Assessment department.

It is alleged that on Tuesday May 16, 2017 after being notified by Sandra Aird that you were removed from testing, you stated upon leaving the office, "What's the big deal it was just an email." In the IDP meeting you stated, "I don't believe I said that, the look on my face was numb, I was in a state of shock, I want to appoigize to Sandy for the look on face. I didn't say it." Virginia Doran then asked you "Which was it, you didn't say it or you don't believe you did?" You then stated, "If these two say I did, I don't believe I would just say it, maybe it was misinterpreted." Further investigation could not determine if you made this statement or not.

It is alleged that on the evening of Tuesday, May 16, 2017 you sent a text to Rhonda Clark and Brad Bodine stating, "I have been paper-thin for a while, at least I'll get some rest tonight. I really feel bad they won't let me finish it." In the IDP meeting you stated, "That was before I was told I couldn't talk to them. Yes I sent that, I was paper thin no one was helping me. I regret saying that." You also stated, "I was exhausted I had the slightest sense of relief that you (Sandy Aird) came and told me. I knew it was going to happen. I wish I could help them, it is very hard to ask for help from someone who wouldn't help me." You also stated, "I don't see how it is misconduct to apologize to them." After further investigation it is determined that you did send a text to Rhonda and Brad with the above statement. It is also evident by your statements, that you were relieved to be removed from testing. This further demonstrates your willful neglect or failure to observe and carry out the requirements of this title.

It is alleged that after reading and sending a confirmation email on Wednesday, May 17, 2017 about being removed as testing coordinator and told you cannot use your office, you entered the building and went right into your office to get your radio. In the IDP meeting you stated, "I was supposed to go on duty, there was chaos everywhere, my police radio was on my desk, I told Sandra I am not supposed to be in here. I don't think I entered for long it was on the corner of my desk." Further investigation revealed that you entered your office to retrieve your radio after being directed by email that you could not use your office.

It is alleged that you are unaware of the seriousness around your testing removal by sending a text to me on Wednesday, May 17, 2017 asking for a space to work stating, "Also, I don't have a space to work. The therapist is in Tristan's office. She had a student come on so I left to get coffee until this is figured out. Can you help me get testing items out of my office so I can work in my own office? Should I go home and work?" In the IDP meeting you stated, " I thought I could help, I thought I was going to be supported at this time, I didn't know where to go to set up my surface, I texted you to go off campus until we could figure out where I could work. I don't think it was wrong of me. I was still an AP and allowed in my office. So yes I asked where to work." At this time Virginia Doran explained why you could not be close to testing because of the strict restrictions on testing information. Virginia also stated "You are not the most important thing, students are the most important thing, you are focused on where you should be the most important thing was the students." You then stated, "She (LF) was awful to me, I was confused, emotional, I was looking for something from Lauren, I wanted Lauren to say, you can get through this, I was looking for a scrap but I realized I was not going to get it." Further investigation revealed that you still feel that you were entitled to have access to your office and that you were putting yourself before the seriousness of the testing and potential adverse impact of students. You were wanting my attention at this time without the understanding that I needed to deal with testing.

## Performance Expectations

I expect you to:
1. Not be involved in testing for the next 3 years.
2. Not be able to hold the role of testing coordinator for 3 years.
3. You must attend a weekly meeting with the principal where you will submit and review all agendas prior to holding meetings with staff.  These meetings will be on a designated day that is convenient to the principal.
4. You must submit minutes from all meetings you are holding and review them with the principal at the designated meetings.

You must make these improvements immediately.

Assistance
In order to assist you in meeting these expectations, the principal will:
1. Not assign you to the role of testing coordinator.
2. Not assign any testing, proctor or administrator to you.
3. Set up the weekly calendar invite for 1:1 meeting beginning in August.

In addition, I strongly encourage you to:
1. Review all emails in their entirety and well in advance of work you must complete.
2. After reviewing documents from the District or the state, set up a meeting with the admin team to discuss the information and be open to support when it is offered.

This is a serious situation.  Because you were in the role of testing coordinator for Hug High School when this violation occurred this Letter of Admonition will remain in your personal file for 3 years. Continuation or repetition of the deficiencies as stated in this document may result in suspension, demotion, dismissal, or a recommendation not to reemploy.

Sincerely,

Lauren Ford
Area Superintendent, Former Principal Hug High School

cc:     Dawn Huckaby, Chief Human Resources Officer
        Roger Gonzales, Area Superintendent
        Virginia R. Doran, Labor Relations Manager
        Zack Lewis, Human Resources Technician
        Sandra Aird, Assessment Director

I acknowledge receipt of this letter of admonition.

Employee signature                               Date                7-19-17