# Exhibit 18

# Exhibit 18

**Washoe County School District**
Every Child, By Name And Face, To Graduation

Roger J. Gonzalez, Ed.D.
Area Superintendent, Area 2
Office of School Leadership
Washoe County School District
425 East Ninth Street
P.O. Box 30425
Reno, NV 89520-3425

Phone (775)789-4658
Fax   (775) 322-7048

July 19, 2017

**HAND DELIVERED**

Trina Olsen



RE:  Notice of Investigatory/Due Process Meeting and Right to Representation

EXHIBIT 4
Davis

Dear Ms. Olsen:

You are directed to meet with me for an investigatory/due process meeting on Wednesday, July 26, 2016 at 2:00 p.m. The meeting will take place in my office. In attendance at the meeting with you and me will be Richard Swanberg, Area Superintendent.

The purpose of this meeting is to discuss the allegations of unprofessional conduct as follows:

> NRS 391.750- (d) Insubordination; (e) unprofessional Conduct; (k) Failure to comply with such reasonable requirements as a board may prescribe; (n) Dishonesty; (u) Gross Misconduct; making false accusations towards your immediate supervisor; and Administrative Regulation 4425

The allegations are regarding incidents that occurred in May 2017 and ongoing and consist of the following:

- On May 25, 2017, you emailed me and indicated that you wanted to report a case that involved marijuana on Hug's campus. You subsequently filed a staff complaint against Lauren Ford, then Principal of Hug HS alleging that the Dean, Jessica Wilson, had returned marijuana to a student because she had seen Lauren Ford do the same thing. It is alleged that you have brought false claims and allegations against Lauren Ford.

- It is alleged that you brought false claims and allegations against Lauren Ford regarding following the supervision timeline, specifically that you did not have opportunities to discuss your progress and make a response to your evaluation.

- It is also alleged that, although you were directed not to discuss your ongoing personnel matters with Hug staff members, you have not followed that direction and have had discussions with Hug staff about your pending case.

At the meeting, you will have the opportunity to respond to all allegations. You will also be advised at the meeting, on the record, that you will be required to respond to all allegations and that failure to do so may constitute insubordination.

You are hereby further advised not to discuss this meeting or the allegations of potential misconduct with anyone except your WSPA representative. You are further directed not to contact anyone involved with this investigation (directly or indirectly) including employees of the WCSD. Please feel free to contact me with any questions.

OLSEN 000213

Be advised that if the allegations are found to be true, you may face disciplinary action, which can range from a written warning, written reprimand, suspension without pay, letter of admonition, demotion, or termination. Be further advised, that you have the right to have an Association Representative or other representation present with you at the meeting. The District has not reached a conclusion as to what, if any, discipline is appropriate, but will do so only after it receives your response to the allegations.

If legal counsel will represent you, you must inform me no later than Tuesday, July 25, 2017 at 5:00 pm.

Sincerely,

*[signature]*

Dr. Roger J. Gonzalez
Area Superintendent

Attachments:   NRS 391.750
               WCSD Administrative Regulation 4425

cc:   Dawn Huckaby, Chief Human Resources Officer
      Virginia R. Doran, Labor Relations Manager