# Exhibit 19

Exhibit 19



**Washoe County School District**
425 East Ninth Street • P.O. Box 30425 • Reno, NV 89520-3425
Phone (775) 348-0200 • (775) 348-0304 • www.washoeschools.net

Board of Trustees:  Angela Taylor, President * Katy Simon Holland, Vice President * Scott Kelley Clerk *
Debra Feemster * Veronica Frenkel* John Mayer * Malena Raymond * Traci Davis, Superintendent

July 27, 2017

**VIA U.S. MAIL AND ELECTRONIC MAIL**

Trina Olsen

RE:   Notice of Administrative Leave with Pay

Dear Ms. Olsen:

Based upon the events stated at the IDP meeting on July 26, 2017, and to protect both your rights as well as the District, you are hereby placed on Administrative Leave with Pay effective **July 28, 2017**, pending further resolution of the allegations of misconduct on your part.

Be further advised, you are not allowed on District property for any reason and you must turn over to me all District property in your possession. In the event you believe that you need to come on to District property, you must contact me for approval. While you are on Administrative Leave with Pay you must be available by telephone and available to report to a work site or another location, as you may be directed, during regular business hours in order that the District can contact you, if need be.

You are further directed not to discuss this pending investigation with anyone except your WSPA representative or legal counsel.

Contact me with any questions.

Sincerely,

Roger Gonzalez
Area Superintendent

cc:   Dawn Huckaby, Chief Human Resources Officer
      Virginia R. Doran, Labor Relations Manager
      Zach Lewis, Human Resources Technician

EXHIBIT 5 Davis



OLSEN 000215