# Exhibit 20

Exhibit 20

August 22, 2017

To: Tracy Davis
    Superintendent
    Washoe County School District

Fr: Trina Olsen
    Assistant Principal
    Hug High School

Re: Appeal of two (2) Letters of Admonition; both dated July 19, 2017

Dear Mrs. Davis,

In accordance with Article 18 of the Negotiated Agreement between the WCSD and WSPA, I am appealing my supervisor's findings in two "Letters of Admonition" of the same date: July 19, 2017. These letters were issued following two Investigatory Due Process letters dated May 24, 2017 and June 15, 2017.

After 22 years of service in the WCSD, with a "highly effective" rating during the last two years of leadership training and free of any discipline throughout my career, I received two IDP letters from Principal Lauren Ford within sixteen days, totaling fifteen allegations of misconduct. I am accountable for two testing errors listed in the allegations from the IDP dated June 15th, 2017, however, many other allegations against me in both letters were either inconclusive of misconduct or trivial, and in many cases, were derived from several months earlier.

As you contemplate the appeal of the findings in these two Letters of Admonition, please consider whether many of these allegations can be considered "misconduct" at all, let alone justified for discipline. The lopsided investigation was finalized regardless of the evidence I provided to the contrary or any accountability in my supervisor's role to guide and support me.

According to the WSPA/WCSD Negotiated Agreement, Article 18.11.H, I would like to request a "complete copy of the investigation, including any notes, recordings, transcribed copies of the interview, …, or documents used by the district or any outside source to reach the sustained findings."

I want nothing more than to get immediately back to work as an assistant principal and servant to my school district in getting kids to graduation, but I am fearful the Letters of Admonition combined with a final IDP I received from Roger Gonzalez jeopardizes my position as an administrator in the district, and does not allow me the opportunity to improve my performance. I still have faith that the Washoe County School District will stand by their desire to create an environment that promotes transparency, fair practices, and a safe and respectful working environment and will investigate this situation fully. To this date I have not had the opportunity to tell the detailed chain of events, and have only been able to respond to erroneous allegations at IDP hearings. I trust the WCSD process will eventually hear my story with equal diligence as has been awarded to my accuser.

Thank you,

Trina Olsen