# Exhibit 23

Exhibit 23

2/4/2018 — request for 15 minute meeting - Olsen, Trina

# request for 15 minute meeting

 en, Trina

Fri 11/17/2017 2:04 PM

To: Davis, Traci <TDavis@washoeschools.net>;

Mrs. Davis,

I visited your secretary this morning to request a personal meeting of 15-20 minutes regarding my situation, which is now entering mediation/arbitration. I informed her of my reasons, which is to include a discussion about failed policies and procedures, as well as unfair evaluation practices. These concerns have resulted in an open effort to dismiss/terminate me.

I am a 22 year veteran of WCSD with many "highly effective" evaluations, especially in the last 5 years. I have never been disciplined or reprimanded until now, nor received a single mark of less than effective in my career on any evaluation. Even this year as a first year administrator, I received an "effective" evaluation, only to receive 15 allegations of misconduct within 6 weeks of that evaluation. Procedures where not followed and the system has failed me.

You stated in a recent publically broadcasted meeting (with the school board) that one of your goals was to listen to your employees more. I respectfully ask for that opportunity.

Trina Olsen
Assistant Principal
**Hug High School**

