# Exhibit 24

# Exhibit 24

# Read, Breanne

| | |
|---|---|
| **From:** | Doran, Virginia |
| **Sent:** | Monday, May 7, 2018 1:25 PM |
| **To:** | Huckaby, Dawn |
| **Cc:** | Ellison, Emily |
| **Subject:** | RE: Checking the Status |

Probably going out by Wednesday…I will send you a copy…
Thanks,
V

**From:** Huckaby, Dawn
**Sent:** Monday, May 07, 2018 1:25 PM
**To:** Doran, Virginia <VRDoran@washoeschools.net>
**Cc:** Ellison, Emily <EEllison@WashoeSchools.net>
**Subject:** Checking the Status

Hi V,
I wanted to ask about the status of T Olsen. We are on hold with D Sayer possible placement based on when her letter goes out for separation. He will be our last administrative placement once this is complete. Thanks!
Dawn

Dawn Huckaby, SPHR, SHRM-SCP
Chief Human Resources Officer
Washoe County School District
dhuckaby@washoeschools.net
(775) 348-0259
Fax: (775) 333-5070
www.washoecountyschools.org/employment

*Believe ~ Engage ~ Inspire*
*Teach in Washoe County Schools*
*Email us: teach@washoeschools.net*

The information contained in this communication may be confidential and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately and delete any copy of it from your computer system.