# Exhibit 26

# Exhibit 26

*Law Offices of*
## MICHAEL E. LANGTON
Attorney at Law
801 Riverside Drive
Reno, Nevada 89503

Michael E. Langton
E-Mail: mlangton@sbcglobal.net

(775) 329-7557
Fax (775) 329-7447

July 6, 2018

Traci Davis, Superintendent
Washoe County School District
425 E. 9th Street
P.O. Box 30425
Reno, Nevada 89520-3425

**Re: Trina Olsen**

Dear Superintendent Davis:

Please be advised I represent Trina Olsen, and in said capacity hereby file a request for an expedited hearing pursuant to the expedited labor arbitration procedures established by the American Arbitration Association.

This request is filed because former Area Superintendent Gonzales stated in his letter dated June 28, 2018: "If you wish to appeal this action, you will need to follow NRS 391.822 (attached document)." This request for hearing is made with full reservation of rights of Mrs. Olsen with regard to the collective bargaining agreement covering her position as well as the right to challenge the fact that she is a probationary employee subject to the requirements of NRS 391.822. This request is further made with full reservation of rights to challenge the action of notice of recommended dismissal by Mr. Gonzales, including but not limited to, failure of the representatives of the School District to comply with the requirements of NRS 391 and the requirements of the collective bargaining agreement.



EXHIBIT 8
Davis

OLSEN - 000061

July 6, 2018
Page 2
Traci Davis

---

    Please have the appropriate representative of the School District contact me to make arrangements for the hearing.

                                     Very Truly Yours,

                                     Michael E. Langton, Esq.

MEL: mek
cc: Trina Olsen

    Chris Reich, Deputy General Counsel
     WCSD

    Virginia R. Doran, Director
     Labor Relations
     WCSD

    Emily Ellison, Chief Human Resources Officer
     WCSD

    Selene Lewis, Human Resources Technician
     WCSD