# Exhibit 27

# Exhibit 27

*Law Offices of*
# MICHAEL E. LANGTON
Attorney at Law
801 Riverside Drive
Reno, Nevada 89503

Michael E. Langton                                              (775) 329-7557
E-Mail: mlangton@sbcglobal.net                                  Fax (775) 329-7447

July 6, 2018

Traci Davis, Superintendent
Washoe County School District
425 E. 9th Street
P.O. Box 30425
Reno, Nevada 89520-3425

> ***Re:  Trina Olsen***
> ***Grievance Protesting Recommendation To Discharge***

Dear Superintendent Davis:

Please be advised I represent Trina Olsen and in said capacity hereby file a grievance on her behalf protesting the recommendation of dismissal as stated in a letter dated June 28, 2018, from former Area Superintendent Roger Gonzales.

This grievance is filed pursuant to the procedure set forth in Article 18 of the collective bargaining agreement between Washoe County School District and Washoe School Principals' Association currently in effect. This grievance is filed with full reservation of rights to challenge every aspect of the dismissal including, but not limited to the District's failure to follow the procedures in the collective bargaining agreement and in NRS Chapter 391.

Pursuant to Article 18.12(h), Mrs. Olsen is entitled to a predisciplinary hearing before you, as a Superintendent, or your designee as set forth in NRS 391.650 to 391.800, "and in compliance with [the collective bargaining agreement]." Pursuant to the requirements of Article 18.12(h)(2), "the District must hold or schedule the hearing within fifteen (15) days of receipt of the request for hearing.

Pursuant to Subsection 3 of Article 12(h) request is hereby made for a complete copy of the investigation, including any recordings, transcribed copies of interview(s) if available or documents used by the District or any outside source to reach the sustained findings.

EXHIBIT
7
Davis

PENGAD 800-631-6989

OLSEN - 000059

Please have your representative contact me immediately to schedule the above-referenced hearing.

Thank you for your cooperation in this matter.

Very Truly Yours,

*Michael E. Langton*

Michael E. Langton, Esq.

MEL: mek
cc: Trina Olsen

Chris Reich, Deputy General Counsel
 WCSD

Virginia R. Doran, Director
 Labor Relations
 WCSD

Emily Ellison, Chief Human Resources Officer
 WCSD

Selene Lewis, Human Resources Technician
 WCSD

OLSEN - 000060