# Exhibit 29

# Exhibit 29

12/15/2019                              Gmail - Employee file

 Gmail                    **Trina Olsen <trinaraeolsen@gmail.com>**

---

## Employee file

---

**Lewis, Selene** <SLewis@washoeschools.net>          Mon, Jul 23, 2018 at 2:53 PM
To: Trina Olsen <trinaraeolsen@gmail.com>

Hi Trina,


Your active pay status ended with the 2017-2018 contract year, which runs July to June each year. The final
pay for the 2017-2018 contract year was issued on June 22, 2018. At this time, since you status is
recommended for dismissal, your pay has been suspended.


Selene

# Selene Lewis,

Human Resources Technician,

Washoe County School District

425 E. Ninth Street

Reno, NV 89520

775-348-0214

775-333-5011 (fax)



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may
contain confidential information that is also legally privileged. If you are not the intended recipient, or a person responsible for
delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the
information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please
immediately notify the sender and immediately destroy the original transmission and its attachments without reading or saving in any
manner. Thank you.