# Exhibit 30

# Exhibit 30

Case 3:19-cv-00665-MMD-WGC   Document 37-30   Filed 05/17/20   Page 2 of 3



**Washoe County School District**
425 East Ninth Street * P.O. Box 30425 * Reno, NV 89520-3425
Phone (775) 348-0200 * (775) 348-0304 * www.washoeschools.net

Board of Trustees:  Katy Simon Holland, President * Malena Raymond, Vice President * John Mayer, Clerk *
Debra Feemster * Veronica Frenkel * Scott Kelley * Angela Taylor * Traci Davis, Superintendent

July 27, 2018

Trina Olsen

Dear Ms. Olsen:

As you are aware, on June 28, 2018, you were sent a letter from Dr. Roger Gonzalez recommending to me, as Superintendent, that you be dismissed from service with the Washoe County School District. In that letter, it was explained to you that should you desire to appeal this dismissal, you were required to submit your request in writing to me. Your attorney, Michael Langton, sent a letter appealing this recommendation of dismissal. It is my understanding that Mr. Langton and the Department of Labor Relations are in the process of establishing an arbitration hearing on this issue.

For clarification, it is my decision to uphold the recommendation of your dismissal from the Washoe County School District, effective July 5, 2018.

Sincerely,

*Traci Davis*

Traci Davis
Superintendent WCSD

Cc:   Michael Langton, Esquire
      Emily Ellison, Chief Human Resources Officer
      Virginia R. Doran, Director of Labor Relations



EXHIBIT 10 Davis



OLSEN - 000012



**Washoe County School District**
425 East Ninth Street * P.O. Box 30425 * Reno, NV 89520-3425
Phone (775) 348-0200 * (775) 348-0304 * www.washoeschools.net

Board of Trustees: Katy Simon Holland, President * Malena Raymond, Vice President * John Mayer, Clerk * Debra Feemster * Veronica Frenkel * Scott Kelley * Angela Taylor * Traci Davis, Superintendent

July 26, 2018

Trina Olsen

Dear Ms. Olsen:

As you are aware, on June 28, 2018, you were sent a letter from Dr. Roger Gonzalez recommending to me, as Superintendent, that you be dismissed from service with the Washoe County School District. In that letter, it was explained to you that should you desire to appeal this dismissal, you were required to submit your request in writing to me. Your attorney, Michael Langton, sent a letter appealing this recommendation of dismissal. It is my understanding that Mr. Langton and the Department of Labor Relations are in the process of establishing an arbitration hearing on this issue.

For clarification, it is my decision to uphold the recommendation of your dismissal from the Washoe County School District, effective July 6, 2018.

Sincerely,

*Traci Davis*

Traci Davis
Superintendent WCSD

Cc:   Michael Langton, Esquire
      Emily Ellison, Chief Human Resources Officer
      Virginia R. Doran, Director of Labor Relations



OLSEN - 000013