# Exhibit 32

# Exhibit 32

# Office of the General Counsel
## Department of Labor Relations



**Washoe County School District**
Every Child, By Name And Face, To Graduation

Neil A. Rombardo, Esq., Chief General Counsel
Virginia Doran, Director Labor Relations
Anthony Spotts, Labor Relations Specialist
P.O. Box 30425, Reno, NV 89520-3425
Phone (775) 348-0330/Facsimile (775) 333-6010
LaborRelations@washoeschools.net

July 30, 2018

Trina Olsen

**RE: Staff Complaint received July 19, 2018**

Dear Ms. Olsen:

I am responding for and on behalf of Traci Davis, Superintendent of Schools for the Washoe County School District (District) to the staff complaint that you hand delivered to the District Administration Building on or about July 19, 2018. Your staff complaint is procedurally defective in that the staff complaint mechanism is for District staff members. Effective July 5, 2018 you were dismissed from service with the District and no longer a staff member of the District after that date. Therefore, the District rejects the staff complaint and will not process it.

Moreover, even if your July 19, 2018 staff complaint was not procedurally defective, the allegations contained in your staff complaint are facts and circumstances that were already considered during your investigatory/due process meetings, complaints and appeals to disciplines you received that occurred when you were employed by the District.

Finally, on or about July 6, 2018, the District received your request for expedited arbitration pursuant to NRS 391.822 from your attorney, Michael E. Langton. District staff is working with Mr. Langton regarding your arbitration. I assume that because your July 19, 2018 staff complaint are facts and circumstances that were already considered during your investigatory/due process meetings, complaints and appeals to disciplines you received that occurred when you were employed by the District, you will be able to present those arguments to the arbitrator.

Sincerely,

Virginia R. Doran
Director, Department of Labor Relations

EXHIBIT 11 Davis

Board of Trustees: Katy Simon Holland, President * Malena Raymond, Vice President * John Mayer, Clerk
Debra Feemster, Member * Veronica Frenkel, Member * Scott Kelley, Member * Angela Taylor, Member * Traci Davis, Superintendent

OLSEN - 000114

July 30, 2018
Page 2

Cc:  Traci Davis, Superintendent of Schools
     Dr. Kristen McNeill, Deputy Superintendent
     Emily Ellison, Chief Human Resources Officer
     Christopher B. Reich, Deputy Chief General Counsel
     Michael Langton, Esquire

OLSEN - 000115