# Exhibit 35

# Exhibit 35

# Office of the General Counsel



**Washoe County School District**
Every Child, By Name And Face, To Graduation

Neil A. Rombardo, Esq., Chief General Counsel
Christopher B. Reich, Esq., Deputy Chief General Counsel
Sara K. Montalvo, Esq., General Counsel
P.O. Box 30425, Reno, NV 89520-3425
Phone (775) 348-0300 / Fax (775) 333-6010
legal@washoeschools.net

January 9, 2019

**Delivered via United States First Class Mail and email to <u>mlangton@sbcglobal.net</u>**

Michael Langton, Esq.
801 Riverside Drive
Reno, NV 89503

  **RE: Trina Olsen**

Dear Mr. Langton:

  You and I discussed and negotiated to resolve the employment issues between the Washoe County School District (District) and your client, Ms. Trina Olsen, since receiving Arbitrator Andrea L. Dooley's Decision and Award dated December 13, 2018 (Dooley Award).

  While the District disagrees with the analysis and findings of the Arbitrator in this matter and supports the actions of the District Administrators, Superintendent Traci Davis and the District respect the arbitration process. Therefore, Superintendent Davis and the District accept the remedy contained in the Dooley Award and will: reinstate Ms. Olsen's employment with the District; place Ms. Olsen in a position as an Assistant Principal or other position; pay Ms. Olsen back pay and benefits from July 5, 2018; remove the July 19, 2017 Letter of Admonition (First LOA) and all vestiges of it from Ms. Olsen's personnel file; and, revise the July 19, 2017 Letter of Admonition (Second LOA) so it contains only Allegations 1 and 3.

  Staff from the District Office of Human Resources and Office of School Leadership will contact Ms. Olsen directly regarding the implementation of the above remedy.

  Please notify Ms. Olsen of the above as soon as you are able. Contact me with any questions or concerns.

       Sincerely,

       Christopher B. Reich
       Deputy Chief General Counsel

cc: Traci Davis, Superintendent of Schools, via email
  Dr. Kristen McNeill, Deputy Superintendent, via email
  Emily Ellison, Chief Human Resources Officer, via email
  Dr. Troy Parks, Lead Area Superintendent, via email



EXHIBIT
13
Davis

Board of Trustees: Katy Simon Holland, President * Malena Raymond, Vice President * John Mayer, Clerk
Debra Feemster, Member * Veronica Frenkel, Member * Scott Kelley, Member * Angela Taylor, Member * Traci Davis, Superintendent

OLSEN - 000072