# Exhibit 36

Exhibit 36

# Read, Breanne

| | |
|---|---|
| **From:** | McNeill, Kristen |
| **Sent:** | Tuesday, January 15, 2019 8:05 AM |
| **To:** | Reich, Chris |
| **Cc:** | Lasic, David |
| **Subject:** | FW: Heads up—Fwd: Following up |

**From:** Lasic, David
**Sent:** Tuesday, January 15, 2019 7:53 AM
**To:** McNeill, Kristen <KMcNeill@washoeschools.net>
**Subject:** Fwd: Heads up—Fwd: Following up

Begin forwarded message:

> **From:** "Holland, Katy" <Kathryn.Holland@WashoeSchools.net>
> **Date:** January 15, 2019 at 7:42:18 AM PST
> **To:** "Lasic, David" <DLasic@WashoeSchools.net>
> **Subject: Heads up—Fwd: Following up**
>
> Hi David,
> Wanted you to see this exchange.
>
> *Katy Simon Holland, MA*
> *President*
> *WCSD Board of Trustees*
> *Kathryn.holland@washoeschools.net*
> *775.232.7077 (mobile)*
> *On twitter @katysimoncm*
>
> Begin forwarded message:
>
>> **From:** "Holland, Katy" <Kathryn.Holland@WashoeSchools.net>
>> **Date:** January 15, 2019 at 7:22:12 AM PST
>> **To:** Andrew Caudill <caudillfornevada@gmail.com>
>> **Subject: Re: Following up**
>>
>> Thanks Andrew. I agree that getting more information is always a preferred way to proceed.
>>
>> Please keep in mind that in personnel matters, no one, including Trustees, has the right to divulge confidential information that can impugn the character of any individual without that person's expressed permission, so we typically do not have any right or opportunity to give the public an explanation. It's very frustrating, because one side gets to tell their side of the story, and we as a public

1

entity do not. It's one of the things that undermines the public's faith in government. I do agree that we need to understand what happened, and how we can prevent whatever mistakes (if any) may have been made from happening again, but we will not be able to share an explanation publicly. We could be sued for doing so.

In addition, arbitrators (who are quite routinely from California) have often made decisions in my career that I completely disagree with and have been judged to be incorrect by other eminently qualified legal experts, just as judges' decisions are often overturned by higher courts. In your research, please don't assume that just because the arbitrator stated his or her opinion about something, it is true. I find it very hard to believe that our legal staff recommended a course of action to the Superintendent that was a violation of law, but I will keep an open mind and will wait to hear more.

I finally heard back from Neil, and you are correct that he is out of town. I did advise him that you wanted to talk with him about the Trina Olsen case when he is back.

Congratulations on being sworn in today! Looking forward to working with you. I really appreciate the diligence and dedication you are giving to this job.

K

*Katy Simon Holland, MA*
*President*
*WCSD Board of Trustees*
*Kathryn.holland@washoeschools.net*
*775.232.7077 (mobile)*
*On twitter @katysimoncm*

On Jan 14, 2019, at 10:56 PM, Andrew Caudill <caudillfornevada@gmail.com> wrote:

> Katy,
>
> Thank you for the update. I would have to learn more about the 2006 change and why it took place. I try not to react too fast with too much emotion so I would like to hear many viewpoints and ask many questions before I would move to make any changes. Historical perspective is important to better understand why something happened and what drove a decision. I do feel it is necessary for us to better understand what happened. I am super concerned when an independent arbitrator says our superintendent broke the law as well as the taxpayer expense in this matter. I think we owe the public an explanation by looking into this specific matter further. This can be done without looking at the 2006 policy change but it is part of a larger conversation. I would like to discuss further with you and others.
>
> Thank you, AC

2

On Mon, Jan 14, 2019 at 8:16 PM Holland, Katy <Kathryn.Holland@washoeschools.net> wrote:

Hi Andrew—just wanted to follow up and let you know that I texted Neil while we were still there at the reception and haven't heard back, so you may be right that he won't be there tomorrow. He's usually very prompt about responding to my texts. I would still encourage you to check with David to get briefed about the background on Trina Olsen's case.

Regarding the This is Reno article... We are unable to respond to Public Comment because of Open Meeting Law. Because that item is not on the agenda, we are absolutely not allowed to discuss or deliberate public comments, because we have not provided notice that it will be discussed. We are allowed to correct factually incorrect statements, but it is a very slippery slope to respond in any way to public comment. I will respond with that information if anyone makes public comment on that matter.

I will be happy to sit down with you and discuss why it is very strongly inadvisable for Trustees to involve themselves in personnel matters. Though the District was overruled in this case, the process worked the way it's supposed to. Sometimes the District is adjudicated to be in the wrong. Much more often the District is exonerated. I understand that it costs money to defend the District, but we are very often wrongly accused of errors in HR issues. We as Trustees should ask staff offline for information about what went wrong in this case and how we can prevent a similar problem in the future. But inserting the judgment of Trustees into the actual decision-making on individual personnel cases, when not a single one of us is an expert in employment law, would be very unwise and would ultimately lead to much greater and more costly liability,
I am quite certain. The legal staff always briefs the Board on matters that are going to result in litigation, so you will always have the opportunity to weigh in and be briefed on the facts and give your opinion as to whether to settle or pursue a defense.

Happy to discuss further. You do have the right to ask for an agenda item to change the 2006 policy, but I would like the opportunity to change your mind.
K

*Katy Simon Holland, MA*
*President*
*WCSD Board of Trustees*
*Kathryn.holland@washoeschools.net*
*775.232.7077 (mobile)*
*On twitter @katysimoncm*

3

WCSD 3932

--
Sincerely,

Andrew Caudill



4

**WCSD 3933**