# Exhibit 38

# Exhibit 38



**Washoe County School District**
425 East Ninth Street * P.O. Box 30425 * Reno, NV 89520-3425
Phone (775) 348-0200 * (775) 348-0304 * www.washoeschools.net

Board of Trustees: Katy Simon Holland, President * Malena Raymond, Vice President * Angela Taylor, Clerk * Jacqueline Calvert * Andrew Caudill * Scott Kelley * Ellen Minetto * Traci Davis, Superintendent


E 14656

## REVISED LETTER OF ADMONITION
### HAND DELIVERED

February 8, 2019

Trina Olsen



Dear Mrs. Olsen:

I am providing you this written notice that your performance and conduct constitutes cause for potential disciplinary action under NRS 391.750 a. Inefficiency, c. Unprofessional conduct; d. Insubordination; e. Neglect of duty; i. Inadequate performance; k. Failure to comply with such reasonable requirements as a board may prescribe; o. Willful neglect or failure to observe and carry out the requirements of the title; p. Dishonesty; q. Intentional failure to observe and carry out the requirements of a plan to ensure the security of examinations and assessments adopted pursuant to NRS 390.270 or 390.275; t. Gross misconduct; and

Nevada Testing Primer, Nevada Student Assessments Spring 2017 EOC presentation, February 2017, Email sent on Friday, April 7, 2017 new! NDE test security and administration training for spring 2017,
HS Weekly Principal Email April 6, 2017,

and to give you an opportunity to correct your performance and conduct.

Pursuant to a decision by Arbitrator Andrea Dooley on December 13, 2018, this Letter of Admonition has been revised and is being reissued with the revisions below.

The specific causes are as follows:

It is alleged you sent an email to all Hug Staff on May 11, 2017 that included secure testing materials, student identifying information. You state in the email, "Please keep this list confidential as you reference it so sensitive information is not seen by our students." After receiving an email from me at 6:21 am stating that I could not open the excel documents, you sent an email stating that, "This document lists every student test, (we have 2400+) and where/when they are testing for each test." During the IDP meeting on June 26, 2017 you stated, "Yes this is true. It slipped my mind I didn't work with those columns. I forgot I had sensitive items in the document, did not occur to me." After further investigation it is confirmed that you sent the email to Hug Staff with secure testing materials included. In addition you were dishonest in your email communication to me on May 11, 2017 when you stated that, "This document lists every student test (we have 2400+) and where/when they are testing for each test." The document included more than the student, and where and when they were testing.

Washoe County School District
Human Resources

APR 01 2019

RECEIVED



WCSD 0203

It is alleged that on Thursday, May 11, 2017 at 2:00 pm, you sent an email to only staff involved in proctoring the EOC exams explaining that you did not have to show the Test administrator test security NDE spring 2017 video to them in your meeting and that they could watch it on their own. It is alleged that you did not verify with staff if they watched the video prior to proctoring the EOC exams on Monday, May 15, 2017. In the IDP meeting you stated, "That is true I did not verify if they did watch the video. I did the admin training on May 11th informed them about the video, I watched it, I talked about it and used the video to create the EOC training. Nothing says the video is mandatory to watch. I am pretty positive that everything in the video was included in my training, I have the four (4) page document if that is untrue, mistake on my part." At this point in the meeting Sandy Aird showed you an email sent on April 6th and again on April 7th. She showed you that you were sent the email and it states that all proctors must observe the video and sign the verification that they saw the video. Sandy Aird also stated that on May 17th the proctors had not viewed the video and that we had them watch the video and sign the form that day before they proctored. You then stated, "I made a mistake to send by email and go over at the meeting. Lauren was there and heard me say that I didn't have to show it here it was in their in box." After further investigation, it is evident that you did not show the Test administrator test security NDE spring 2017 video and you did not verify that staff watched the video. At the testing meeting you did state that you did not have to show the video. Sandy showing you the emails and showing you where the statements were about the video also indicate that you did not thoroughly read the emails you received on April 6th and April 7th. As the testing coordinator for Hug HS it is your responsibility to implement all directives given to you by the Assessment department.

Performance Expectations

I expect you to:
1. Refrain from being involved in testing for the next 3 years, and not be placed in the role of testing coordinator for those same 3 years.
2. Attend a weekly meeting with your principal where you will submit and review all agendas prior to holding meetings with staff. These meetings will be on a designated day that is convenient to the principal.
3. Submit minutes from all meetings you are holding and review them with your principal at the designated meetings.

You must make these improvements immediately.

Assistance
In order to assist you in meeting these expectations, your principal will:

1. Not assign you to the role of testing coordinator.
2. Not assign any testing, proctoring or administration of tests to you.
3. Set up the weekly calendar invite for 1:1 meeting beginning in February.

In addition, I strongly encourage you to:

1. Review all emails in their entirety and well in advance of work you must complete.
2. After reviewing documents from the District or the state, set up a meeting with the admin team to discuss the information and be open to support when it is offered.

This is a serious situation. Because you were in the role of testing coordinator for Hug High School when this violation occurred this revised Letter of Admonition will remain in your personal file for 3 years from the original issue date of July 19, 2017.

Continuation or repetition of the deficiencies as stated in this document may result in suspension, demotion, dismissal, or a recommendation not to reemploy.

Sincerely,

*[signature]*

Lauren Ford
Area Superintendent
(Former Principal, Hug HS)

cc: Emily Ellison, Chief Human Resources Officer
Virginia R. Doran, Director of Labor Relations
Aliena Anderson, Human Resources Technician

I acknowledge receipt of this letter of admonition.

*[signature]* June Olsen   3/28/19
Employee signature                        Date 3/28/2019

*to include my rebuttal and Arbitration Decision Dec 13, 2018*