# Exhibit 39

# Exhibit 39

**Washoe County School District**
425 East Ninth Street * P.O. Box 30425 * Reno, NV 89520-3425
Phone (775) 348-0200 * (775) 348-0304 * www.washoeschools.net

Board of Trustees: Malena Raymond, President * Angela D. Taylor, Vice President * Andrew Caudill, Clerk
* Jacqueline Calvert * Scott Kelley * Ellen Minetto * Katy Simon Holland * Kristen McNeill, Ed.D., Interim Superintendent

February 3, 2020

Trina Olsen

Re:   **Your Motion for Preliminary Injunction**

Dear Ms. Olsen:

On September 30, 2019, you filed a lawsuit against the Washoe County School District ("WCSD") and are now seeking a preliminary injunction to prevent the WCSD from taking any further adverse employment action against you without court approval. While the WCSD believes this request is wholly unfounded, I write this letter in advance of a hearing on that Motion for Preliminary Injunction in an attempt to reaffirm the previous positions taken by the WCSD regarding your alleged concerns that WCSD intends to take further adverse employment action against you based upon the issues previously addressed in the Arbitration Recommendation dated December 13, 2018 ("Arbitration Recommendation") and raised in the above-referenced litigation.

As described in the letter from the Office of the General Counsel for WCSD dated January 9, 2019, WCSD had no intention then and has no current intention to seek or pursue your dismissal on the facts, circumstances, and issues addressed in the Arbitration Recommendation. Those issues were addressed in the Arbitration Recommendation, and although the WCSD disagrees with the analysis and findings of that Arbitration Recommendation, as described previously in the letter from the Office of General Counsel, it already agreed to respect those findings. Indeed, WCSD moved forward in reinstating you, with back pay, and put you in a position for you to succeed at the last position where you received your best reviews. Moreover, neither Ms. Traci Davis nor Mr. Roger Gonzalez remains employed with the WCSD.

Accordingly, the WCSD's previous position is hereby reaffirmed. As was the case as of January 2019, the WCSD does not intend to recommend your dismissal or to take any adverse employment action against you based upon the facts and circumstances addressed in the Arbitration Recommendation. This also extends to your current lawsuit against the District as it arises from these facts and circumstances. That position will not change absent new information, events, and/or allegations. Therefore, the Motion for Preliminary Injunction does not appear to seek anything that has not already been confirmed in writing in January 2019 and is reaffirmed herein.

The WCSD wishes you the best of luck and much success for the students of the District and more particularly Wooster High School.

Best Regards,

Kristen McNeill, Ed.D.
Interim Superintendent

WCSD 0492