Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
TRACI DAVIS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA OLSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Washoe County School District Superintendent TRACI DAVIS; and DOES 1 through 10 inclusive,<br><br>  Defendants. | CASE NO.   3:19-cv-00665-MMD-WGC<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY [ECF No. 37]**<br><br>**(FIRST REQUEST)** |

  COMES NOW Plaintiff, TRINA OLSEN, and Defendants, TRACI DAVIS and WASHOE COUNTY SCHOOL DISTRICT, by and through their attorneys of record, and hereby request an extension of time for Defendants to file their opposition to the Plaintiff's motion for partial summary judgment on Liability [ECF No. 37] filed on May 17, 2020.

  The oppositions are currently due on June 7, 2020. Defendants request an extension of time through and until June 19, 2020, to file their oppositions to the motion for partial summary judgment on liability.  This is the parties' first request to extend said deadline and they submit

/ / /

/ / /

- 1 -

that the instant request is due to caseload and calendaring issues and not for the purpose of undue delay.

| | |
|---|---|
| DATED this 2nd day of June, 2020.<br><br>LUKE ANDRE BUSBY, LTD<br><br>By: _/ s / Luke A. Busby_____<br>   Luke A. Busby, Esq.<br>   State Bar No. 10319<br>   316 California Ave<br>   Reno, Nevada  89509<br>   (775) 453-0112<br>   luke@lukeandrewbusbyltd.com<br>   Attorney for Plaintiff<br>   Trina Olsen | DATED this 2nd day of June, 2020.<br><br>THORNDAL ARMSTRONG DELK<br>BALKENBUSH & EISINGER<br><br>By: _/ s / Katherine F. Parks_____<br>   Katherine F. Parks, Esq.<br>   State Bar No. 6227<br>   6590 S. McCarran Blvd., Suite B<br>   Reno, Nevada 89509<br>   (775) 786-2882<br>   kfp@thorndal.com<br>   Attorneys for Defendant<br>   TRACI DAVIS |
| DATED this 2nd day of June, 2020.<br><br>DOTSON LAW<br><br>By: _/ s / Justin C. Vance_____<br>   Robert A. Dotson, Esq.<br>   State Bar No, 5285<br>   Justin C. Vance, Esq.<br>   State Bar No. 11306<br>   5335 Reno Corporate Drive, Suite 100<br>   Reno, Nevada 89511<br>   (775) 501-9400<br>   rdotson@dotsonlaw.legal<br>   jvance@dotsonlaw.legal<br>   Attorneys for Defendant<br>   WASHOE COUNTY SCHOOL DISTRICT | |

**ORDER**

   IT IS SO ORDERED.

   DATED __June 2_____, 2020.

                                             _____
                                             UNITED STATES DISTRICT JUDGE

- 2 -