1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
   Attorneys for Defendant
5  TRACI DAVIS

6
               **UNITED STATES DISTRICT COURT**
7
                     **DISTRICT OF NEVADA**
8

9  TRINA OLSEN,
                                          CASE NO.   3:19-cv-00665-MMD-WGC
10
                          Plaintiff,
11
12 vs.
                                          **DEFENDANT TRACI DAVIS'S
13 WASHOE COUNTY SCHOOL DISTRICT, a       JOINDER TO WASHOE COUNTY
   political subdivision of the State of Nevada; SCHOOL DISTRICT'S RESPONSE
14 Washoe County School District Superintendent [ECF NO. 41]  TO PLAINTIFF'S
   TRACI DAVIS; and DOES 1 through 10    MOTION FOR PARTIAL SUMMARY
15 inclusive,                              JUDGMENT [ECF NO. 37]**
16
                          Defendants.
17

18

19     COMES NOW Defendant, TRACI DAVIS, by and through her attorneys of record,

20 Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby joins in Defendant Washoe

21 County School District's June 19, 2020, Response to Motion for Partial Summary Judgment –

22 oral argument requested [ECF NO. 41] and all exhibits thereto [ECF NOS. 42, 43, 44, 45, 46, 47,

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

- 1 -

1  and 48]. Defendant Traci Davis hereby incorporates the same arguments and grounds as stated
2  therein.
3     DATED this 19th day of June, 2020.

   THORNDAL ARMSTRONG
   DELK BALKENBUSH & EISINGER

   By: **/ s / *Katherine F. Parks***
       Katherine F. Parks, Esq. - State Bar No. 6227
       6590 S. McCarran Blvd., Suite B
       Reno, Nevada 89509
       (775) 786-2882
       kfp@thorndal.com
       Attorneys for Defendant
       Traci Davis

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **DEFENDANT TRACI DAVIS'S JOINDER TO WASHOE COUNTY SCHOOL DISTRICT'S RESPONSE [ECF NO. 41] TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 37]** to be served on all parties to this action by:

____ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

✓ United States District Court, District of Nevada CM/ECF (Electronic Case Filing)

____ personal delivery

____ facsimile (fax)

____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Luke Busby, Esq.**
**Luke Andrew Busby, Ltd.**
**316 California Avenue**
**Reno, Nevada 89509**
*Attorney for Plaintiff*

**Robert A. Dotson, Esq.**
**Justin C. Vance, Esq.**
**Dotson Law**
**5335 Reno Corporate Drive, Suite 100**
**Reno, Nevada 89511**
*Attorneys for Washoe County School District*

DATED this 19th day of June, 2020.

  */ s / Sam Baker*
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER