ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel: (775) 501-9400
Email: rdotson@dotsonlaw.legal
jvance@dotsonlaw.legal
Attorneys for Defendant,
Washoe County School District

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRINA OLSEN,<br><br>Plaintiff,<br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Washoe County School District Superintendent TRACI DAVIS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00665-MMD-WGC<br><br>**AFFIDAVIT OF JUSTIN C. VANCE, ESQ. IN SUPPORT OF WASHOE COUNTY SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT** |

STATE OF NEVADA )
) ss.
COUNTY OF WASHOE )

I, Justin C. Vance, Esq., being first sworn, depose and say under the penalty of perjury that the following statements contained in this Affidavit are true and correct:

1. I am an adult, and have personal knowledge of the fact and exhibits which are hereinafter related. I am making this Affidavit in support of Washoe County School District's (WCSD) Motion for Summary Judgment.

2. If called to testify at any hearing, I swear that I could testify competently to the matters stated herein and I make this Affidavit on the basis of such personal knowledge.

3. I am an attorney with Dotson Law, which represents Washoe County School District in this matter.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of Plaintiff Trina Olsen's deposition, which was held on November 4, 2020, along with relevant exhibits attached thereto and referenced throughout the Motion for Summary Judgment.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's Responses to WCSD's Requests for Admission.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's Responses to WCSD's First Interrogatories.

7. Attached hereto as **Exhibit 4**, is a true and correct copy of the deposition of Traci Davis, taken on February 24, 2020. *See* Certificate of Recorder on p. 78.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this Affidavit was executed in the State of Nevada, County of Washoe, on December 3rd, 2020.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

[signature]
JUSTIN C. VANCE

Subscribed and sworn to before
me this 3rd day of December, 2020.

[signature]
NOTARY PUBLIC

L. MORGAN BOGUMIL
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 03-81973-2 - Expires May 16, 2023

DOTSON LAW
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA 89511

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of DOTSON LAW and that on this date I caused to be served a true and correct copy of the foregoing by:

☐ (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Dotson Law, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☒ By electronic service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following individuals.

☐ (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

☐ (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

☒ Email.

addressed as follows:

Luke A. Busby
Luke Andrew Busby, Ltd.
316 California Ave., # 82
Reno, NV 89509
luke@lukeandrewbusbyltd.com

Katherine F. Parks
Thorndal, Armstrong, Delk, Balkenbush & Eisinger
6590 S. McCarran Blvd. Ste B
Reno, NV 89509
kfp@thorndal.com

DATED this 4th day of December, 2020.

L. Morgan Bogumil

L. MORGAN BOGUMIL

# INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Transcript of Deposition of Trina Rae Olsen dated November 4, 2020, including deposition exhibits | 199 |
| 2 | Plaintiff's Responses to WCSD's Requests for Admission | 6 |
| 3 | Plaintiff's Responses to WCSD's First Interrogatories | 12 |
| 4 | Deposition of Traci Davis, taken on February 24, 2020 | 24 |

DOTSON LAW
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA 89511