# Exhibit 2

# Exhibit 2



**Responsible Office**:  Office of the Board of Trustees & Superintendent

**BOARD POLICY 9085**

**DELEGATION TO THE SUPERINTENDENT**

## PURPOSE

The Board of Trustees (Board) adopts this policy to develop the framework through which the Washoe County School District (District) is organized and designed to ensure clear lines of authority and responsibility.  The Board adopts the concept of Balanced Governance Model and as such, delegates to the Superintendent of Schools (Superintendent) oversight of the daily operations of the District to ensure implementation of the Board's goals and objectives.

## POLICY

1. Pursuant to NRS Chapter 391, the Board has authority to define the powers and fix the duties of the Superintendent and the authority to delegate to the Superintendent such powers and authority as the Board has under NRS Title 34, Education.

   The Board defines the powers and fixes the duties of the Superintendent by and through Board Policies, the Superintendent Job Description and the written employment agreement.

2. Accordingly:

   a. As long as the Superintendent uses any reasonable interpretation of the Board's policies, the Superintendent is authorized, within the powers and authority of the Board of Trustees, to make all decisions, take actions, establish practices, develop activities, and generate further policies, rules or procedures as necessary and/or desired.

   b. The Superintendent has the authority to act in the absence of a specific policy, regulation or Board action, provided that such action will not be in conflict with the general aims and objectives of the district or with any local, state or national ordinances, statutes, regulations, or directives.

   c. The Superintendent shall, in cooperation with the staff recommend policies for adoption.  The Board may propose policies at any time.

    d. The Superintendent shall promptly advise the Board of a violation in Board policy.  Informing is simply to guarantee no violation may be intentionally kept from the Board, not to request approval.  Board response, either approving or disapproving, does not exempt the Superintendent from subsequent Board judgment of the action.

    e. The Board shall develop initiatives instructing the Superintendent to achieve certain results for certain recipients at a specified cost. These policies shall be developed systematically from the broadest, most general level to more specifically defined levels, and shall be called District Mission, Vision, Strategic Goals and Objectives, and Balanced Governance Model Standards policies. The policies will include Tracking and Reporting Protocols as outlined in Policy 9051, Board Conduct, Ethics and Operational Protocols.

    f. As long as the Superintendent uses a reasonable interpretation of the Board's District Values, Mission, Vision, Strategic Goals and Objectives, and Balanced Governance Model Standards policies as well as adopted administrative regulations, laws, case precedent, and contracts, the Superintendent is authorized to establish all further procedures, make all decisions, take all actions, establish all practices, and develop all activities.

    g. The Board may change its District Values, Mission, Vision, Strategic Goals and Objectives, and Balanced Governance Model Standards policies at any time it chooses. However, the Board shall support the Superintendent and staff in the enforcement of approved policy until what time the policy is officially revised and approved by the Board.

    h. The Superintendent or the Board may author policies to direct the operation of the District and the Board shall retain final approval.

    i. The Board delegates to the Superintendent, or  her/his  designee,  the authority  to  make all employment decisions except those regarding the Superintendent and subject to the limitations of Board Policy 4110, Talent Acquisition.

## LEGAL REQUIREMENTS & ASSOCIATED DOCUMENTS

1. This policy reflects the goals of the District's Strategic Plan and aligns to the governing documents of the District.

2. This policy complies with Nevada Revised Statutes (NRS) Chapter 386, Local Administrative Organization, and specifically:

    a. NRS 386.365, Policies and regulation in county whose population is 100,000 or more; Procedure

b.  NRS Title 34- Education.

**REVISION HISTORY**

| Date | Revision | Modification |
|---|---|---|
| 12/16/2008 | 1.0 | Adopted |
| 10/25/2016 | 2.0 | Revised: to align with Balanced Governance system, formerly Board Policy 9008 |
| 7/7/2020 | 3.0 | Revised to align to template adopted by Board of Trustees in compliance with Board Policy 9070; revised per Board request related to hiring of new superintendent. |