# Exhibit 1

# Exhibit 1

## DECLARATION NO. 3 OF TRINA OLSEN

I, Trina Olsen, declare that the assertions in this Declaration are true and correct, based upon my personal knowledge, and that I am competent to testify to the facts stated below:

1. I am the Plaintiff in the lawsuit Trina Olsen v. Washoe County School District ("WCSD") and Traci Davis, former Superintendent at WCSD, currently pending before the Federal District Court in Northern Nevada;

2. Attached hereto as Attachment A is a copy of the performace evaluation I received from Lauren Ford on April 21, 2017;

3. Although the first Investigatory Due Process ("IDP") letter is dated May 24, 2017 notice in #37-09 I did not receive it until May 25, 2017 at 10:55 am, when I received the email attached hereto as Attachment B, to which the first IDP was attached. When I reported the marijuana incident described in the Complaint on May 25 in the email at Doc. #37-10 at 7:42 am, I did not know that Lauren Ford was going to send the first IDP;

4. I joined the the Washoe School Principals' Association on or about June 22, 2017. I tried to join earlier but my membership only became effective when my dues were first withdrawn from my paycheck;

5. Regarding the issue around testing, I copied Ford and sought approval for the email that contained the excel file where the confidential was accidentally disclosed. A true and correct copy of the email is attached hereto as Attachment C. Outside of the communication shown in the email, I specifically asked Ford to check my work, including the excel spreadsheet, because it was the first time I had created such a document – I had no experience as a testing coordinator. I made a mistake by sending out the email that contained confidential information, and I admitted to that mistake from the beginning. However, I thought it was unfair for Ford to fail to

acknowledge any role or responsibility in the mistake;

      6.    On September 28, 2017, then Deputy Superintendent Kristin McNeil held a hearing on my appeal of the two Letters of Admonition that I had received from Lauren Ford. Although I requested to address the issues raised by Area Superintendent Gonzalez in the July 19, 2017 third IDP in at the hearing with Deputy Superintendent Kristin McNeil, I was not permitted to do so;

      7.    Also, at the September 28, 2017 meeting before then Deputy Superintendent Kristin McNeil, I was only provided with 90 minutes to address the allegations against me. I argued that I was not provided with enough time to address the allegations because they involved complex issues of fact. McNeil would not provide me with any more than 90 minutes, despite the fact that I was only able to adequately address about 5 of the 15 some allegations that Ford had made against me that resulted in the Letters of Admonition. I was only able to make it through addrssing a few of the items in the first IDP, but was not given any time to address the items in the second IDP;

      8.    At my deposition at Doc. #58-1 at page 62 of 199, page 238:15, I stated that during the dispute WCSD offered me a position as a teacher. To clarify, this offer was made at Arbitration with Arbitrator Dooley after I had already been fired. I never received a notice of non-renewal from WCSD for my position as Assistant Principal or a written offer of employment as a teacher for the ensuing school year before I was fired;

      9.    In addition to the attorney's fees I paid in the dispute with WCSD, I also was required to pay Arbitrator Dooley $4,931, a true and correct copy of the invoice for which is attached hereto as Attachment D;

      10.    Even though I was first hired as a principal at Hug High in 2016, I am still considered to be a "probationary" assistant principal in my current position at Wooster. This means that I must serve three (3) one-year probationary terms and

receive two (2) consecutive years of Effective or Highly Effective evaluations (on the April evaluation) in order to achieve post-probationary status. Had I not been falsly accused, placed on leave, and terminated, I would have achieved post probationary status already as I am in my fifth year as an administrator. All of my evaluations in the past 5 years as an administrator, including Ford's, have been rated effective or highly effective overall.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __12-15-2020__ in Reno, Nevads

By: ___/s/ Trina Olsen___

Trina Olsen

# Attachment A

Attachment A

Evaluation Cover Sheet
WASHOE COUNTY SCHOOL DISTRICT
Office of Human Resources



Employee Legal Name: TRINA OLSEN

Employee Number: E00014656

School Year: 2016-2017

Location: AREA 2: HUG HIGH SCHOOL

| Employee Assignment | Type of Contract | Type of Evaluation | Hire Date |
|---|---|---|---|
| Assistant Principal | Other | Admin Probation - A | 08/28/1992 |

40th Day Observation Date(s) (Probation A and Off Cycle Plans):

   09/29/2016

80th Day Observation Date(s) (Prob A, Prob B, and Off Cycle Plans):

   11/08/2016

120th Day Observation Date(s) (All Plans):

   01/31/2017

Final Evaluation Rating:

Pursuant to NRS 391.685 and 391.690 the overall performance of this employee is:

| Final Score | Final Rating |
|---|---|
| 2.98 | Effective |

In accordance with NRS 391.685, an evaluator charged with the evaluation of a first year Probationary licensed employee shall formally observe, with pre and post conferences, the performance of the licensed employee a minimum of three times with the first formal observation taking place by the 40th day of instruction, the second between the 40th day and the 80th day of instruction, and the third between the 80th and 120th day of instruction. An evaluator charged with the evaluation of a second year Probationary licensed employee shall formally observe the performance of the licensed employee a minimum of two times with the first formal observation taking place by the 80th day of instruction and the second between the 80th and 120th day of instruction. An evaluator charged with the evaluation of a third year Probationary licensed employee shall formally observe the performance of the licensed employee a minimum of one time with the formal observation taking place by the 120th day of instruction. If the employee received a rating of "Minimally Effective" or "Ineffective" in any of the three probationary years and employment is continued, the employee shall be formally observed three times the following year with the first formal observation taking place by the 40th day of instruction, the second between the 40th day and the 80th day of instruction, and the third between the 80th and 120th day of instruction. One evaluation will be given in each of the three probationary years.

In accordance with NRS 391.690, an evaluator charged with the evaluation of a Post-Probationary licensed employee with a "Highly Effective" or "Effective" rating from their previous evaluation shall formally observe, with pre and post conferences, the performance of the licensed employee a minimum of one time by the 120th day of instruction with one evaluation given. A Post-Probationary licensed employee receiving an "Ineffective" or "Minimally Effective" overall performance rating shall be formally observed, with pre and post conferences, three times in the succeeding school year with one evaluation given. The first formal observation being by the 40th day of instruction, the second between the 40th day and the 80th day of instruction, and the third between the 80th and 120th day of instruction.

WCSD 0208

Evaluator Signature and Date: ACCEPTED by LAUREN FORD BAXTER on April 21, 2017 at 10:23 AM
Licensed Employee Signature and Date: ACCEPTED by TRINA OLSEN on April 21, 2017 at 11:21 AM
Licensed Employee Comments:
My 2017-18 evaluation process was submitted in a staff complaint to the area superintendent.

My principal did not formallly have a pre- or post- observation meeting for both my 80th and my 120th day observations. This final evaluation narrative and ratings were given to me approximately 18-20 hours before they were due to be signed with no invitition for a formal meeting. The ratings were less than effective overall. My attempts to meet with the principal were delayed by both her schedule and my schedule. On Wednesday,I was concerned that we had not formally discussed my evaluation yet and it was past due, so I sent an email and notes to my principal to review regarding my evaluation.  She had suggested that I supply evidence of effective elements, so that was included. On Thursday, April 20th, I recieved a text asking me to meet with the principal at 8am on the 21st. We met for three hours to discuss elements of my evaluation and the letter I wrote her. My letter asked her to remove items that were not true or inaccurate. Even though I provided proof that some items were inaccurate or untrue, she would not remove them from my evaluation. She did offer to "bump my ratings up" and told me she never intended to give me a less than effective rating. She bumped them in the ratings section only but left all comments about ratings in the narrative as they were, so they do not match. At the end of this meeting and at the end of our conversation, I was still clearly upset. She said, "would it make you feel better if I put in the positive comments from your email in here?" I said "yes". She then copied and pasted them in my narrative. (I assumed she read and agreed to them earlier, as a professional should do). A month later, I received a letter of discipline from my principal. During that investigation, I asked to look at the time-stamped entries for all of my observations and meetings throughout the year. Within 1-2 hours of that email request to the MyPGS administrator, I recieved an email from my principal telling me that she was changing my evaluation by removing positive comments in the narrative that were generated by me. Note that these comments were entered by the principal and were her responsibility. This negative change to my evaluation was made during the investigation about me and was a month past the signing deadline. The email that I sent to my principal can be found between us on the server on 4/21/17.

# Evaluation Narrative

Trina is a first year vice principal and this is her first year at Hug HS.  Trina is familiar with at risk populations from her work at other schools.

Trina's responsibilities and oversight this year were; testing, SPED, foreign language, fine arts MTSS and emergency management.

Standard 1 Creating and Sustaining a focus on learning

Indicators 1-4 Effective

Trina's work this year with MTSS focused on developing data systems that ensured we made decisions from data for students. She worked with teams to develop intersession protocols reflected on their effectiveness and worked with staff to develop our incomplete learning focus.  This process addresses the needs she sees in her supervision of SPED and aligning with the whole school MTSS needs.

Teachers on MTSS reflected on data and how effective interventions were this school year.

Recommendations standard 1:

Trina did not include any data from IEPs in her teacher evaluations.  Conversations have occurred around the need for more data point on the plops pages and there is no documentation in evaluations of that need.  The data was run on the use of Star. This program was purchased to use for regular data collection for IEPs.  The data showed minimal use, yet there is not documentation in evaluations about the use of Star.  Teachers need direct feedback on all aspects of their job.  All sped teacher evaluations need to have feedback on data collection, notifications, quality of IEPs and attendance.  We collect that data for you as an admin team, therefore it needs to be reflected in teacher evaluations for us to see improvement in areas of concern.

Standard 2 Creating and sustaining a culture of continuous improvement

Indicators 1-4 Effective

Trina supervised her departments through the SLO process. Her MTSS systems monitor student progress and effectiveness of interventions.

Trina set goals with the teachers she was evaluating.  She used a document that was very in depth to gain knowledge of teachers.  This tool was very intimidating to some teachers and required lots of work on their part.  After review of her completed evaluations the correlation to the need for teachers to complete this document and its effect on their evaluation could not be seen.

Standard 3 Creating and Sustaining productive relationships

Indicators 1 and 4 Effective

Indicators 2 and 3 Minimally effective

Trina is effective in developing an environment that is welcoming to stakeholders. She has structures in place to communicate with teachers about testing, intersession and the MTSS process.

Trina provides few opportunities for productive discourse.  She meets with staff to have discussions about evaluations, reward ideas and when she brings up ideas others provide input. Trina does not listen to that input. She brought to her plan for feeding students taking the ACT. I told her it will not work and did not work last year. I explained the concern form the kitchen staff and how we could supply lunches that met the needs of the kitchen.  She expressed understanding and did it her way anyway.  The lunches were wasted and the kitchen staff was angry.  Trina asks for input but does not listen to that input. Another example is the ELL student off campus reward for testing. Trina brought up the idea at an admin meeting. The overall feeling was that of disagreement with doing that reward. Trina was frustrated and asked us for other ideas.  When testing was over Trina told admin the dates the students received off campus passes for.  The team was upset.  We did not agree to do that.  Again Trina came to the group with her idea and asked us for input to disregard it.  Part of leadership is disagreements and changes.  Trina needs to realize that her plan may not be the best and to listen to input from the admin team.  Failing to listen to ideas from the team makes her appear to be on an island.

Trina has met with teachers and done follow up meetings about their evaluation.  She commented to me how great the meeting was and her thoughts on next steps.  The teachers then sent her emails. The first teacher requested a new evaluator and felt that Trina did not listen or dismissed her concerns.  LF sent her a detailed email as to why she would not benefit from a focused evaluation next year and asked for monitoring she gave other teachers without using the

focused evaluation. LF email was long and detailed. I could read her hesitation to that type of eval. You sent her back an email that did not address her concerns or the idea she proposed. You stated not to worry and plan to move forward with the focused evaluation. In order to be effective in this area you need to listen to what the teacher is saying and what they aren't saying. You cannot just push your agenda. The goal is for teachers to improve instructional practices not shut down or request a different evaluator.

Standard 4 Creating nd sustaining structures

Indicator 1 and 2 Effective

Indicator 3 Minimally effective

Trina needs to work as a team player with all initiatives on campus. She understands the importance of her areas of supervision and needs to work with all of admin to align her work with theirs. Not all work is managerial in nature that can be done in isolation. She must learn the correlation of all work and the impact it has on the school wide academic focus.

Trina needs to learn the funding avenues and use them to support er initiative. Trina will often make a plan then send us an email asking about funding. We, as an admin team, find out about her new idea when she asks about funding. By making plans with teachers in isolation she is not working with the admin team and showing a shared vision for our school goals. This work isolates her and only focuses on her areas of work.

 Professional Responsibilities

Standard 1 Manages Human Capital

Indicators 1-4 Effective

Trina supervised the SLO process with her departments. She used the teacher evaluation rubric to develop a pre-conference form for teachers to complete.

Recommendations for standard 1:

Trina needs to learn the personality types of the teachers she is evaluating. Trina needs to adapt her techniques to meet the needs of the teachers. Trina needs to listen more to the teachers and her admin team to see the value in the human capital we have on campus and the importance people have to our school wide focus. In our last admin meeting Brad suggested that a SPED teacher move to a math position. Trina said no I can't lose her from SPED. She did not listen to the school wide need that was being discussed. She just had her department in mind. Trina needs to be open to collaboration and dialogue about our staff.

Standard 2 Self Reflection and professional growth

Indicators 1-3 Effective

Trina participated in WASL this school year. Trina met with other testing administrators to gain insight into organisation and test administration.

Recommendations standard 2:

Trina needs to be open to feedback from the admin team and staff. After her EOC testing meeting Trina stated that they had a great plan and all DLs were excited. Right after that I asked a DL how it went and was told- Trina has a great plan she thinks its great and seems to believe it will work, I guess we will see. Asking for feedback means that you listen to the feedback and adjust accordingly. Asking for feedback and dismissing it and going with your idea does not create a trusting community. Teachers will not trust you if you do not take their feedback and make adjustments. If you don't want feedback don't ask. Teachers and staff can tell that the request for input is fake or just to appease me. True growth comes from taking feedback and making adjustments.

Standard 3 Professional obligations

Indicators 1-3 Effective

Indicator 4 minimally effective

Trina advocates for her team and ways to improve credit attainment for SPED students. Trina is aware of the requirements for testing and emergency management. She is learning the guidance for each test right before she is administering the test. This is due to her being new in the position and understanding the time management skills needed in the VP position.

Indicator 4 is minimally effective due to Tina's understanding of SPED allocations and the transfer overage process. In a meeting with District personal Trina stated over and over that she was not trained, was not given guidance was never explained how to look at the SPED allocations. I sent Trina all of the emails on the SPED allocations and copied the

special program teacher. I gave directions to them all to read the memo to the principal and work together to verify the students. When Trina was in my office I discussed the allocation situation with her stating how we lost Trent and why. Trina told me she understood. When I asked her for the paperwork for the meeting Trina was confused. She did not have anything and then proceed to blame me/everyone for her not completing what was needed. Trina's behavior in this meeting was unprofessional. Later she acknowledged her oversight of the emails and the memo explaining what was required.

Standard 4 Family community engagement

Indicators 1-3 Effective

Trina participated in our 1 on 1 parent meetings at the start of the year during registration. Trina has met with parents while working with our SPED senior action team. Trina also meets with incoming parents of SPED and difficult students.

Recommendations:

See recommendations list in the above narrative.

Trina needs to truly listen to others. Understand their point of view and work with them.

Trina needs to lay out the items she has and properly align her time so that she can give all areas of supervision the time that is needed.

Trina needs to own her mistakes - like the SPED allocations- and not blame others.

Trina needs to work with the admin team on all projects. She needs to know how her work correlates to the work of the entire team.

Trina needs to participate in the solution tree PLC training and the leadership training. This will ensure she cam supervise the PLC process next school year.

Commendations:

Trina emails staff about test to ensure that all teachers know what is happening. We have less staff stress about testing this year because she keeps them notified.

Trina worked closely with PR and PN to develop an incomplete learning process. This process is align with our shift to mastery learning and the PLC process we will roll out next year.

Trina works with SF to ensure that students have made up work or finals from the previous semester. They work together to make sure all students take assessments.

Trina reaches out to district SPED staff to support her new teachers.

Trina's organization with testing has been an asset this year.

# Attachment B

Attachment B

Per Principal Ford

## Gardner, Nika <Nika.Gardner@WashoeSchools.net>

Thu 5/25/2017 10:55 AM

**To:** Olsen, Trina <TOlsen@washoeschools.net>
**Cc:** Ford, Lauren <LFFord@washoeschools.net>; Doran, Virginia <VRDoran@washoeschools.net>; Gonzalez, Roger <RGonzalez@WashoeSchools.net>; Huckaby, Dawn <DHuckaby@washoeschools.net>

📎 5 attachments (626 KB)
Olsen Trina signed IDP 5-25-16.pdf; NRS 391 750.doc; 5504 Admin Proc - Grading-Incompletes Appeals v4.pdf; 5502 Admin Proc - Academic Grading Policy HS v3.pdf; 4111 4 - Ethical Standards.pdf;

Ms. Olsen,
I have been requested by Principal Lauren Ford to send the attached documents to you on her behalf since she is out of town. I will also be sending a hard copy of these attachments to you by US Mail.
If you have any questions please feel free to call Ms. Ford or Virginia Doran (333-3796).


Nika Gardner
Administrative Secretary, Labor Relations
Office of General Council
775 348-0330

# Attachment C

Attachment C

**Olsen, Trina**

| | |
|---|---|
| From: | Ford, Lauren <LFFord@washoeschools.net> |
| Sent: | Thursday, May 11, 2017 6:46 AM |
| To: | Olsen, Trina |
| Subject: | Re: draft 2 |

Thank you.
Please send to staff

Get Outlook for iOS

---

**From:** Olsen, Trina
**Sent:** Thursday, May 11, 2017 6:34:34 AM
**To:** Ford, Lauren
**Subject:** draft 2

*I'm not sure why the EOC test sessions document is not opening, it opens fine for me. This document lists every student test (we have 2400+) and where/when they are testing for each test. I attached the testing session document twice and didn't attach the schedule in your email... oops... I guess that's what 4:30am does to a person. Here it is in draft two... try this document to see if it opens.*

Good morning Hug Staff,
I know this is a lot to read. So here it goes....

Attached is the long-awaited Testing Schedule/Proctor Schedule for the EOC exams, as well as the bell schedule from May 15-May 26th.
The proctor schedule was modified slightly in the middle of the night as I put together special ed rooms that would only allow 20 students due to their accommodations.  **Please throw away any previous draft of the proctor list that you might have seen and only use this proctor list. **

1

#1 continued

I have also attached an excel spreadsheet of all testing sessions and students for your use. Please keep this list confidential as you reference it so sensitive information is not seen by our students. I am also working on a "daily displacement list" for all teachers that are moving around to accommodate testing rooms. We will have several subs each day, so if your co-teacher is missing, you will likely get support from a sub. We'll finish that up and send it out by Friday.

### Q&A's:
- Filtering/Sorting the testing sessions spreadsheet: This spreadsheet has **filters** at the top of each column (it looks like a small arrow or drop down icon). The filters will help you sort the list to see who is testing each period. This spreadsheet is NOT a live document, so you can filter and sort the lists however you'd like and it will not affect my master copy. Ask a co-worker if you are having problems with excel functions.
- If you discover a problem with a student's testing date or session (AM or PM) for an extenuating circumstance, *please vet your change through your department leader first.* Mr. Phillips, Mr. Roberts, and Mrs. Callahan will let me know about any necessary changes.
- If you care to, please vet this testing session list for me as soon as possible with only errors or very necessary changes.
- **All students will receive a personalized testing schedule of all of their tests on Friday.**
- **All students will receive a "reminder slip" on the day before each of their tests.**
- **All students will receive a ConnectEd message home on the night before their specific exam.**

### Why the AM session is shorter than the PM session:
- The schedule intentionally allows more time in the afternoon session than in the morning session. This is to ensure completion of the test in the afternoon session so kids do not miss their bus or have to stay after school. For the morning session, most students will finish their test in the allowed time and I have arranged for an extended time room for the students that need it.
- All tests are unlimited time.

### Important reminders for students:
- AM session begins at **7:45**, with the test starting around 8. Please remind your students to arrive at 7:15-7:30 to check in.
- PM session begins at **10:53**. Please remind your students to grab their lunch and go straight to their testing room.
- Electronics are strictly prohibited. Please tell your students that if they hide something and are seen with it, their test will be immediately invalidated and they will lose their opportunity to take that test this year. *THIS IS ESPECIALLY IMPERATIVE FOR SENIORS AS IT WILL KEEP THEM FROM GRADUATING! Please remind, remind, remind.* This includes phones, smart watches, personal devices, calculators, etc.

### Lunches:
- Students testing in the AM session will be released at lunch unless they are still testing. If they are still testing they will be escorted to the "extended time room" and will sign in. That sign-in sheet will be taken to Tudie and traded for the number of lunches needed in that room. Students will take their lunch to the cafeteria to eat following
- Students testing in the PM session should immediately grab their lunch and head to their testing room.

2

**WCSD 4339**

#1 continued

**Reminders for Teachers:**
- The Science 10th grade test on Monday is the ONLY test that is not required for graduation. The state is asking that we test 95%. Please do not tell the students this, however, realize we will not push for make-ups once we reach 95% so we can focus on other tests that are required for graduation.
- Please check your email daily for the next day's student list. I will be sending out daily reminders so you can reference it and help us catch any missing students.

*Also, if your name is on the list to proctor at any point, I will need you to attend the mandatory proctoring meeting this afternoon. If you did not get an invite, it is at 2:40pm in the Career Center and should end by 3:30.*

Thanks for everyone's patience as I figure this all out. Trina

Trina Olsen
Assistant Principal
**Hug High School**



3

# Attachment D

Attachment D

# INVOICE

PLEASE REMIT TO **Andrea Dooley**
5111 Telegraph Avenue #273
Oakland, CA 94609
Tax ID No.: ▓▓▓▓▓▓▓▓
www.andreadooleyarbitration.com

| | |
|---|---|
| Invoice ID | **299** |
| Issue Date | 12/14/2018 |
| Due Date | 01/13/2019 (Net 30) |
| Subject | Trina Olsen and Washoe County School District (LOAs and Discharge Arbitration) |

Invoice For **Trina Olsen**

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | [LA-627-2018] Washoe County School District and Trina Olsen: Day of Hearing (11/01/2018 - 12/13/2018) | 3.00 | $2,000.00 | $6,000.00 |
| Service | [LA-627-2018] Washoe County School District and Trina Olsen: Study Record and Writing Decision (11/01/2018 - 12/13/2018) | 11.75 | $250.00 | $2,937.50 |
| Product | [LA-627-2018] Washoe County School District and Trina Olsen: Lodging | 1.00 | $137.29 | $137.29 |
| Product | [LA-627-2018] Washoe County School District and Trina Olsen: Meals | 1.00 | $23.66 | $23.66 |
| Product | [LA-627-2018] Washoe County School District and Trina Olsen: Transportation (RT airfare Nov 1-2, 28) | 1.00 | $763.90 | $763.90 |

| | |
|---|---|
| Subtotal | $9,862.35 |
| Your Share of the Bill (50%) | -$4,931.18 |
| **Amount Due** | **$4,931.17** |

**Notes**

Please pay the Amount Due. A separate invoice will be sent to the Employer for their share of the bill. Thanks! Happy Holidays!