Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
TRACI DAVIS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA OLSEN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Washoe County School District Superintendent TRACI DAVIS; and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | CASE NO.   3:19-cv-00665-MMD-WGC<br><br>**JOINDER TO DEFENDANT WASHOE COUNTY SCHOOL DISTRICT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 63]** |

COMES NOW Defendant, TRACI DAVIS, by and through her attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby joins in Defendant Washoe

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

County School District's Reply in Support of Motion for Summary Judgment filed on December 29th, 2020, in its entirety.  [ECF No. 63].

DATED this 29th day of December, 2020.

                                        THORNDAL ARMSTRONG
                                         DELK BALKENBUSH & EISINGER

                                         By: */ s / **Katherine F. Parks**
                                                Katherine F. Parks, Esq. - State Bar No. 6227
                                                6590 S. McCarran Blvd., Suite B
                                                Reno, Nevada 89509
                                                (775) 786-2882
                                                kfp@thorndal.com
                                                Attorneys for Defendant
                                                Traci Davis

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **JOINDER TO DEFENDANT WASHOE COUNTY SCHOOL DISTRICT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 63]** to be served on all parties to this action by:

_____   placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

__✓__   United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

_____   personal delivery

_____   facsimile (fax)

_____   Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Luke Busby, Esq.**
**Luke Andrew Busby, Ltd.**
**316 California Avenue**
**Reno, Nevada 89509**
*Attorney for Plaintiff*

**Neil Rombardo, Esq.**
**Sara Almo, Esq.**
**Christopher Reich, Esq.**
**Washoe County School District**
**Legal Department**
**425 E. Ninth Street**
**Reno, Nevada  89512**
*Attorneys for Washoe County School District*

DATED this 29th day of December, 2020.

_/ s / Sam Baker_
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER