AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

TRINA OLSEN,

          Plaintiff,

v.

WASHOE COUNTY SCHOOL DISTRICT, *et al.*,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: **3:19-CV-00665-MMD-WGC**

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 57) is granted.

Date: 2/17/2021



CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*