LUKE A. BUSBY, ESQ
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
775-453-0112
luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRINA OLSEN, <br><br> Plaintiff, <br> vs. <br><br> WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Washoe County School District Superintendent TRACI DAVIS; and DOES 1 through 10, inclusive, <br><br> Defendants. <br> _____/ | Case No.: 3:19-cv-00665-MMD-WGC <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that TRINA OLSEN, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on February 17, 2021, attached hereto as Exhibit 1.

**REPRESENTATION STATEMENT**

The undersigned represents Plaintiff TRINA OLSEN and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate:

**Plaintiff**

TRINA OLSEN

Counsel of Record:

LUKE BUSBY, ESQ.
316 California Ave.
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

**Defendants**

WASHOE COUNTY SCHOOL DISTRICT

Counsel of Record:

ROBERT A. DOTSON, ESQ.
JUSTIN C. VANCE, ESQ,
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
(775) 501-9400
jvance@dotsonlaw.legal
Attorneys for Washoe County School District

TRACI DAVIS

Counsel of Record:

KATHERINE F. PARKS, ESQ.
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
KFP@thorndal.com
Attorney for Traci Davis

**DATED** this Wednesday, February 17, 2021

By: /s/ Luke A. Busby
LUKE BUSBY, ESQ.
NEVADA STATE BAR NO. 10319
316 CALIFORNIA AVE #82
RENO, NV 89509
775-453-0112
LUKE@LUKEANDREWBUSBYLTD.COM
*ATTORNEY FOR PLAINTIFF*

**EXHIBITS**

1. **FEBRUARY 17, 2021 ORDER**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing pleading by:

_____     personally delivering;

_____     delivery via Reno/Carson Messenger Service;

_____     sending via Federal Express (or other overnight delivery service);

_____     depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,

__X__     delivery via electronic means (fax, eflex, NEF, etc.) to:

ROBERT A. DOTSON, ESQ.
JUSTIN C. VANCE, ESQ,
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
(775) 501-9400
*Attorneys for Washoe County School District*

KATHERINE F. PARKS, ESQ.
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, NV  89509
*Attorney for Traci Davis*

**DATED** this Wednesday, February 17, 2021

By:_____
LUKE BUSBY, ESQ.
NEVADA STATE BAR NO. 10319
316 CALIFORNIA AVE.
RENO, NV 89509
775-453-0112
LUKE@LUKEANDREWBUSBYLTD.COM
*ATTORNEY FOR PLAINTIFF*

4