AO 133  (NVD Rev. 04/2020) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| TRINA OLSEN | ) |
|---|---|
|  | ) |
| v. | ) Case No.: 3:19-CV-00665-MMD-WGC |
| WASHOE COUNTY SCHOOL DISTRICT, | ) |
| TRACI DAVIS | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  02/17/2021  against  Trina Olsen ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ 400.00 |
| Fees for service of summons and subpoena ................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 2,548.30 |
| Fees and disbursements for printing ...................................... | |
| Fees for witnesses *(itemize on page two)* .................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................. | |
| Docket fees under 28 U.S.C. 1923 ...................................... | |
| Costs as shown on Mandate of Court of Appeals ............................ | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................... | |
| TOTAL | $ 2,948.30 |

*SPECIAL NOTE:*
*Attach to your bill an itemization and documentation for requested costs in all categories.*

28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill.

A copy of this bill and attached documentation has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: *[signature]*

Name of Attorney: Justin C. Vance

For:        Washoe County School District                 Date:   03/02/2021
            *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                    *Deputy Clerk*                    *Date*