**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRINA OLSEN,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Washoe County School District Superintendent TRACI DAVIS; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:19-cv-00665-MMD-WGC<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　It is stipulated and agreed by and between Plaintiff TRINA OLSEN, and Defendants WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada and TRACI DAVIS, that this action and all claims asserted therein in the above-captioned matter be dismissed with prejudice, with the parties to bear their own attorney's fees and costs for this entire action.

///
///
///
///
///
///
///

1

Dated this 2nd day of April, 2021

_/s/ Luke Busby, Esq._
LUKE A. BUSBY, ESQ.
316 California Ave., #82
Reno, NV  89509
*Counsel for Plaintiff*

Dated this 2nd day of April, 2021

_/s/ Justin Vance, Esq._
ROBERT A. DOTSON, ESQ.
JUSTIN C. VANCE, ESQ.
5355 Reno Corporate Dr., Suite 100
Reno, NV  89511
*Counsel for Defendant WCSD*

Dated this 2nd day of April, 2021

_/s/ Katherine F. Parks, Esq._
Katherine F. Parks, Esq.
6950 S. McCarran Blvd., Ste. B
Reno, NV  89509
*Counsel for Defendant, Traci Davis*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 5, 2021