FILED

APR 5 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRINA OLSEN,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT; TRACI DAVIS,<br><br>    Defendants-Appellees. | No. 21-15276<br><br>D.C. No. 3:19-cv-00665-MMD-WGC<br>District of Nevada, Reno<br><br>ORDER |

Pursuant to the parties' stipulated motion (Docket Entry No. 9, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Jonathan Westen
Circuit Mediator

JW/Mediation